

Bifferato Gentilotti Biden

Vincent A. Bifferato. Jr
Ian Connor Bifferato
Jeffrey M. Gentilotti
Joseph R. Biden. III
David A. Denham
Veronica O. Faust
Catherine Zwolak Killan
Joseph K. Koury
George T. Lees. III
Garvan F. McDaniel

March 1, 2005

Alternative Dispute Resolution

———

Vincent A. Bifferato
William Swain Lee
Carl Schnee

———

Writer's Email Address:
jkk@bgbde.com
Reply to: Wilmington

**BY HAND & ELECTRONICALLY**
The Honorable Sue L. Robinson
Chief Judge
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   *Zurich Specialties London Limited, Faraday Capital Limited for and on Behalf of Syndicate*
      *435 and all Other Underwriters at Lloyds Subscribing to Policy No.*
      *509/QB414902, and AIG Europe (UK) Limited v. Fleming Companies, Inc., Mark*
      *Hansen, Neal Rider, Mark D. Shapiro, Thomas Dahlen, E. Stephen Davis, Phil*
      *Murphy, Al Abbood, Herbert M. Baum, Kenneth M. Duberstein, Archie R. Dykes,*
      *Carol B. Hallett, Robert S. Hamada, Alice M. Peterson, Carlos M. Hernandez,*
      *Edward C. Joulllian, III, and Guy A. Osborn*
      **Civil Action No. 05-91**
      **Related Bankr. Case No. 03-10945 (MFW), Adv. Case No. 04-57510 (MFW)**

Dear Judge Robinson:

This firm, along with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, is counsel to the plaintiffs in the above-referenced proceeding. I write with respect to a *Motion to Withdraw the Reference* transmitted from the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and docketed by this Court on or about February 17, 2005; recently, the plaintiffs became aware that Your Honor has been assigned the case ostensibly opened by virtue of the transmittal of that motion.

The *Motion to Withdraw the Reference*, which was filed jointly by all of the defendants to this proceeding except for defendant Al Abbood (who filed a joinder by way of *Praecipe* on February 1, 2005) is one of many motions which the defendants jointly filed in the Bankruptcy Court at or about the same time. However, the parties have agreed that the briefing and prosecution of all motions except a pending *Motion to Stay* shall be held in abeyance subject to the Bankruptcy Court's adjudication of that motion.

Bifferato, Gentilotti & Biden. P.A.
www bgbde com

1308 Delaware Avenue
Wilmington, DE 19806
P.O. Box 2165
Wilmington. DE 19899 - 2165
Phone: 302 - 429 - 1900
Fax: 302 - 429 - 8600

200 Biddle Avenue
Suite 203
Newark, DE 19702
Phone: 302 - 429 - 1900
Fax: 302 - 632 - 7540

701 Rehoboth Avenue
Rehoboth Beach  DE 19971
Phone: 302 - 227- 6600
Toll Free: 866 - 618 - 2433
Fax: 302 - 227- 6778

**Bifferato, Gentilotti & Biden, P.A.**

The Honorable Sue L. Robinson
March 1, 2005
Page Two

Accordingly, the parties respectfully request, consistent with a *Stipulated Briefing Schedule* entered into by the parties and entered by order of the Bankruptcy Court, that the *Motion to Withdraw the Reference* be adjudicated by this Court in a manner consistent with an enclosed stipulation as entered into by the parties. In that regard, the plaintiffs propose to provide this Court with a status report concerning the *Motion to Withdraw the Reference* following the Bankruptcy Court's ruling on the *Motion to Stay*, thus our request that the *Motion to Withdraw the Reference* be held in abeyance until at least that time. We have circulated this letter to counsel for all of the defendants, and they do not oppose the requests we are making of the Court.

We are available at your convenience to discuss this matter should you have any questions or comments. Your Honor's attention to this matter is greatly appreciated.

Respectfully,

Joseph K. Koury

cc:    Etta R. Wolfe, Esq. (by hand)
       Louis J. Rizzo, Jr., Esq. (by hand)