IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:  )<br> )<br> )<br>FLEMING COMPANIES, INC., et al. )<br> )<br>   Debtor. )<br> )<br>─────────────────────────────── )<br> )<br>ZURICH SPECIALTIES LONDON )<br>LIMITED, FARADAY CAPITAL LIMITED )<br>FOR AND ON BEHALF OF SYNDICATE )<br>435 AND ALL OTHER UNDERWRITERS )<br>AT LLOYDS SUBSCRIBING TO POLICY )<br>NO. 509/QB414902, AND AIG EUROPE )<br>(UK) LIMITED, )<br>   Plaintiffs, )<br> )<br>   v. )<br> )<br>FLEMING COMPANIES, INC., MARK )<br>HANSEN, NEAL RIDER, MARK D. )<br>SHAPIRO, THOMAS DAHLEN, E. )<br>STEPHEN DAVIS, PHIL MURPHY, AL )<br>ABBOOD, HERBERT M. BAUM, )<br>KENNETH M. DUBERSTEIN, ARCHIE R. )<br>DYKES, CAROL B. HALLETT, ROBERT S. )<br>HAMADA, ALICE M. PETERSON, )<br>CARLOS M. HERNANDEZ, EDWARD C. )<br>JOULLIAN, III, and GUY A. OSBORN, )<br> )<br>   Defendants. ) | CV 05-91-SLR<br><br>Bankr. Case No. 03-10945 (MFW)<br>Bankr. Adv. No. 04-57510 (MFW) |

## STIPULATED BRIEFING SCHEDULE

WHEREAS on December 6, 2004, plaintiffs Zurich Specialties London Limited, Faraday Capital Limited for and on behalf of Syndicate 435 at Lloyd's, London and all other Underwriters at Lloyds subscribing to Policy No. 509/QB414902, and AIG Europe (UK) Limited, (the "Plaintiffs") filed a *Complaint for Declaratory Relief*; and

WHEREAS on January 31, 2005, defendants Herbert M. Baum, Thomas Dahlen, E. Stephen Davis, Kenneth M. Duberstein, Archie R. Dykes, Fleming Companies, Inc. and/or its successor in interest, Carol B. Hallett, Robert S. Hamada, Mark Hansen, Carlos M. Hernandez, Edward C. Joullian, III, Phil Murphy, Guy A. Osborn, Alice M. Peterson, Neal Rider, and Mark D. Shapiro (collectively, the "Fleming Defendants")[1] filed the following motions in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"):

- *Motion to Dismiss Complaint Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6)* and *Memorandum of Law in Support*;

- *Motion to Stay* and *Memorandum of Law in Support*;

- *Motion to Withdraw the Reference* and *Memorandum of Law in Support*;

- *Motion for Determination with Respect to Whether Proceeding is Core or Non-Core* and *Memorandum of Law in Support*;

- *Demand for Jury Trial*; and

WHEREAS on January 31, 2005, defendant Al Abbood ("Defendant Abbood")[2] filed a *Motion to Dismiss* and *Memorandum of Law in Support*, and on February 1, 2005, Defendant Abbood filed a *Praecipe* through which he seeks to join and adopt the above-listed motions filed by the Fleming Defendants, as well as his own *Demand for Jury Trial*; and

---

[1] The Fleming Defendants jointly share the law firm of Reger & Rizzo, LLP as Delaware counsel.
[2] Defendant Abbood is represented by the law firm of Smith, Katzenstein & Furlow LLP as Delaware counsel.

2

WHEREAS on February 1, 2005, the Fleming Defendants filed an *Amended Motion to Dismiss Complaint Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6)* and an *Amended Memorandum of Law in Support*; and

WHEREAS the parties agreed that subject to adjudication of the *Motion to Stay*, a separate briefing schedule will be circulated then presented to the Bankruptcy Court with respect to the Plaintiffs' responsive briefs and the Defendants' replies in support of the remaining motions; and

WHEREAS on February 16, 2005, the Bankruptcy Court entered an order entering a stipulated briefing schedule with respect to adjudication of the *Motion to Stay*, thereby holding in abeyance the consideration of the various remaining motions, including the *Motion to Withdraw the Reference*; and

WHEREAS on February 16, 2005, the Bankruptcy Court transmitted the *Motion to Withdraw the Reference* to this Court, which motion was docketed in this Court on or about February 17, 2005; and

WHEREAS on February 23, 2005, the Honorable Sue L. Robinson was assigned to the case opened in this Court by virtue of transmittal of the *Motion to Withdraw the Reference*;

WHEREFORE the parties agree that the briefing and the prosecution of the *Motion to Withdraw the Reference* shall be held in abeyance pending adjudication of the *Motion to Stay* (consistent with the order entered by the Bankruptcy Court on February 16, 2005), at which time the Plaintiffs propose to provide this Court with a status report.

Entry into this stipulation by the parties shall in no way be construed to constitute a waiver of or acquiescence in respect to any argument, jurisdictional or otherwise, set forth in the papers filed by any party thus far.

| | |
|---|---|
| BIFFERATO, GENTILOTTI & BIDEN, P.A. | SMITH, KATZENSTEIN & FURLOW LLP |
| */s/ Joseph K. Koury* | |
| Ian Connor Bifferato (No. 3273) | Etta R. Wolfe (No. 4164) |
| Joseph K. Koury (No. 4272) | 800 Delaware Avenue, 7th Floor |
| Garvan F. McDaniel (No. 4167) | Wilmington, DE 19801 |
| 1308 Delaware Ave. | (302) 652-8400 |
| P.O. Box 2165 | |
| Wilmington, DE 19899-2165 | -and- |
| (302) 429-1900 | |
| | Mark A. Srere, Esq. |
| -and- | Brian M. Privor, Esq. |
| | MORGAN, LEWIS & BOCKIUS LLP |
| Christopher C. White, Esq. | 1111 Pennsylvania Avenue, N.W. |
| Marcie J. Freeman, Esq. | Washington, D.C. 20004 |
| WILSON, ELSER, MOSKOWITZ, | (202) 739-3000 |
|   EDELMAN & DICKER LLP | |
| 5000 Renaissance Tower | *Counsel to Defendant Abbood* |
| 1201 Elm Street | |
| Dallas, Texas 75270 | |
| (214) 698-8000 | REGER & RIZZO, LLP |
| | |
| and | |
| | Louis J. Rizzo, Jr. (No. 3374) |
| Mark G. Ledwin, Esq. | 1001 Jefferson Street, Suite 202 |
| WILSON, ELSER, MOSKOWITZ, | Wilmington, DE 19801 |
|   EDELMAN & DICKER LLP | (302) 652-3611 |
| 3 Gannett Drive | |
| White Plains, New York 10604 | *Counsel to the Fleming Defendants* |
| (914) 323-7000 | |
| | |
| *Counsel to the Plaintiffs* | |

4

Entry into this stipulation by the parties shall in no way be construed to constitute a waiver of or acquiescence in respect to any argument, jurisdictional or otherwise, set forth in the papers filed by any party thus far.

| BIFFERATO, GENTILOTTI & BIDEN, P.A. | SMITH, KATZENSTEIN & FURLOW LLP |
|---|---|
| /s/ | /s/ Etta R. Wolfe |
| Ian Connor Bifferato (No. 3273)<br>Joseph K. Koury (No. 4272)<br>Garvan F. McDaniel (No. 4167)<br>1308 Delaware Ave.<br>P.O. Box 2165<br>Wilmington, DE 19899-2165<br>(302) 429-1900 | Etta R. Wolfe (No. 4164)<br>800 Delaware Avenue, 7th Floor<br>Wilmington, DE 19801<br>(302) 652-8400 |
| -and- | -and- |
| Christopher C. White, Esq.<br>Marcie J. Freeman, Esq.<br>WILSON, ELSER, MOSKOWITZ,<br>  EDELMAN & DICKER LLP<br>5000 Renaissance Tower<br>1201 Elm Street<br>Dallas, Texas 75270<br>(214) 698-8000 | Mark A. Srere, Esq.<br>Brian M. Privor, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 739-3000<br><br>*Counsel to Defendant Abbood* |
| and | REGER & RIZZO, LLP |
| Mark G. Ledwin, Esq.<br>WILSON, ELSER, MOSKOWITZ,<br>  EDELMAN & DICKER LLP<br>3 Gannett Drive<br>White Plains, New York 10604<br>(914) 323-7000 | Louis J. Rizzo, Jr. (No. 3374)<br>1001 Jefferson Street, Suite 202<br>Wilmington, DE 19801<br>(302) 652-3611 |
| *Counsel to the Plaintiffs* | *Counsel to the Fleming Defendants* |

4

Entry into this stipulation by the parties shall in no way be construed to constitute a waiver of or acquiescence in respect to any argument, jurisdictional or otherwise, set forth in the papers filed by any party thus far.

| BIFFERATO, GENTILOTTI & BIDEN, P.A. | SMITH, KATZENSTEIN & FURLOW LLP |
|---|---|
| Ian Connor Bifferato (No. 3273)<br>Joseph K. Koury (No. 4272)<br>Garvan F. McDaniel (No. 4167)<br>1308 Delaware Ave.<br>P O Box 2165<br>Wilmington, DE 19899-2165<br>(302) 429-1900 | Etta R. Wolfe (No. 4164)<br>800 Delaware Avenue, 7th Floor<br>Wilmington, DE 19801<br>(302) 652-8400 |

-and-

Christopher C. White, Esq.
Marcie J. Freeman, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
5000 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 698-8000

and

Mark G. Ledwin, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

*Counsel to the Plaintiffs*

-and-

Mark A. Srere, Esq.
Brian M. Privor, Esq.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000

*Counsel to Defendant Abbood*

REGER & RIZZO, LLP

Louis J. Rizzo, Jr. (No. 3374)
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302) 652-3611

*Counsel to the Fleming Defendants*

| | |
|---|---|
| Fletcher L. Yarbrough, Esq.<br>Bruce W. Collins, Esq.<br>Jeffrey S. Levinger, Esq.<br>Diane Sumoski, Esq.<br>CARRINGTON, COLEMAN, SLOMAN<br>    & BLUMENTHAL, LLP<br>200 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>(214) 855-3000<br>Jim L. Flegle, Esq.<br>LOEWINSOHN & FLEGLE, L.L.P.<br>18383 Preston Rd., Suite 100<br>Dallas, TX 75252<br>(214) 572-1703 | Edwin J. Tomko, Esq.<br>David Stephan, Esq.<br>Jason Ross, Esq.<br>McMANEMIN & SMITH<br>600 N. Pearl Street, Suite 1600, LB 175<br>Dallas, TX 75201<br>(214) 979-0699<br><br>Terence Hart, Esq.<br>Dennis Roossien, Esq.<br>MUNSCH HARDT KOPF & HARR, P.C.<br>1445 Ross Avenue, Suite 4000<br>Dallas, TX 75202-2790<br>(214) 855-7508 |
| Stephen Cass Weiland, Esq.<br>Robert Hawkins, Esq.<br>PATTON BOGGS L.L.P.<br>2001 Ross Avenue, Suite 3000<br>Dallas, TX 75201-2774<br>(214) 758-1500 | Kathy Patrick, Esq.<br>Scott A. Humphries, Esq.<br>GIBBS & BRUNS LLP<br>1100 Louisiana Street, Suite 5300<br>Houston, TX 77002<br>(713) 650-8805 |
| B. Daryl Bristow, Esq.<br>Tim Durst, Esq.<br>BAKER BOTTS<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX 77002 | Wayne M. Secore, Esq.<br>SECORE & WALLER, L.L.P.<br>Three Forest Plaza, Suite 1100<br>12221 Merit Drive<br>Dallas, TX 75251<br>(972) 776-0200 |
| Gary S. Kessler, Esq.<br>KESLLER COLLINS<br>5950 Sherry Lane, Suite 222<br>Dallas, TX 75225<br>(214) 379-0722 | C. Dennis Chambers, Esq.<br>ATCHLEY, RUSSELL, WALDROP<br>    & HLAVINKA, LLP<br>P.O. Box 5517<br>1710 Moore Lane<br>Texarkana, TX 75505<br>(903) 792-8246 |

SO ORDERED, this _____ day of March, 2005

_____
Sue L. Robinson
Chief Judge

5