# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

April 20, 2005

## NOTICE OF HEARING SESSION

05 cv 91 SLR

Dear Counsel:

Pursuant to the order of the Judicial Panel on Multidistrict Litigation filed today, you are hereby notified that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:        May 26, 2005

LOCATION OF HEARING SESSION:    John O. Pastore Federal Building
Courtroom No. 1, Third Floor
Two Exchange Terrace
Providence, Rhode Island 02903

FILED

APR 2 6 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TIME OF HEARING SESSION: In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument. Oral argument will commence at **9:30 a.m.**

Please direct your attention to the enclosed Hearing Session Order and Schedule of Matters for Hearing Session for a listing of the matters scheduled for consideration at this hearing session.

- Section A of this Schedule lists the matters designated for oral argument.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument,** pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

For those matters listed on Section A of the Schedule, the enclosed blue "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **May 9, 2005.** Note the procedures governing Panel oral argument which are outlined on the enclosed "Procedures for Oral Argument before the Judicial Panel on Multidistrict Litigation." These procedures are strictly adhered to and your cooperation is appreciated.

Very truly,

Michael J. Beck

Michael J. Beck
Clerk of the Panel

c: Clerk, U.S. District Court for the District of Rhode Island

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APRIL 20, 2005

MICHAEL J. BECK
CLERK OF THE PANEL

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL

### HEARING SESSION ORDER

IT IS ORDERED that on May 26, 2005, a hearing session will be held in Providence, Rhode Island, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

SCHEDULE OF MATTERS FOR HEARING SESSION
May 26, 2005 -- Providence, Rhode Island


## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT


MDL-1616 -- In re Urethane Antitrust Litigation

Motions of defendants BASF Corporation, Bayer Corporation, The Dow Chemical Company, Huntsman International LLC, and Huntsman Corporation to transfer the following actions to the United States District Court for the District of Kansas:

District of California

*Green Mountain International, Inc. v. BASF Corp., et al.*, C.A. No. 3:04-5413

District of New Jersey

*Seegott Holdings, Inc. v. Bayer AG, et al.*, C.A. No. 2:04-5850
*Alco Industries, Inc. v. Bayer AG, et al.*, C.A. No. 2:05-789

Eastern District of Pennsylvania

*RBX Industries, Inc. v. Bayer Corp., et al.*, C.A. No. 2:05-1045


MDL-1681 -- In re National Park Service Winter Use Management Litigation

Motion of defendants Gale Norton, Fran Mainella, and United States Department of the Interior for centralization of the following actions in a single United States district court:

District of District of Columbia

*The Fund for Animals, et al. v. Gale Norton, et al.*, C.A. No. 1:04-1913

MDL-1681 (Continued)

### District of Wyoming

*Wyoming Lodging & Restaurant Association, et al. v. United States Department of Interior, et al.*, C.A. No. 2:04-315

### MDL-1682 -- In re Hydrogen Peroxide Antitrust Litigation

Motion of plaintiff Finch Pruyn and Company, Inc., for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

### Northern District of California

*Diamond Chemical Co., Inc. v. Degussa Corp., et al.*, C.A. No. 4:05-711

### Eastern District of Pennsylvania

*Finch Pruyn & Co., Inc. v. ATOFINA Chemicals, Inc., et al.*, C.A. No. 2:05-666

### MDL-1683 -- In re HealthSouth Corp. Securities Litigation (No. II)

Motion of defendant HealthSouth Corporation for centralization of the following actions in the United States District Court for the Northern District of Alabama:

### Northern District of Alabama

*Robert M. Gordon, et al. v. HealthSouth Corp., et al.*, C.A. No. 2:98-2634
*Twin Plus, LLC, et al. v. HealthSouth Corp., et al.*, C.A. No. 2:98-2695
*Irene Rigas, et al. v. HealthSouth Corp., et al.*, C.A. No. 2:98-2777
*Harry Schipper v. HealthSouth Corp., et al.*, C.A. No. 2:98-2779
*United Food & Commercial Workers Union Local 100-A Pension Fund v. HealthSouth Corp., et al.*, C.A. No. 2:98-2828
*Ryan McCormick v. HealthSouth Corp., et al.*, C.A. No. 2:98-2831

Schedule of Matters for Hearing Session, Section A                    p. 3
Providence, Rhode Island


MDL-1683 (Continued)


### Northern District of Alabama (Continued)

*Vinod Parikh v. HealthSouth Corp., et al.*, C.A. No. 2:98-2869
*In re HealthSouth Corp. 2002 Securities Litigation*, C.A. No. 2:02-2105
*Mark G. Epstein v. HealthSouth Corp., et al.*, C.A. No. 2:02-2147
*V.E. Epps v. HealthSouth Corp., et al.*, C.A. No. 2:02-2161
*Mordecai Pollock v. HealthSouth Corp., et al.*, C.A. No. 2:02-2175
*Michael T. Burke v. HealthSouth Corp., et al.*, C.A. No. 2:02-2178
*Gail Lynn Stark v. HealthSouth Corp., et al.*, C.A. No. 2:02-2193
*Walter Strauss v. HealthSouth Corp., et al.*, C.A. No. 2:02-2194
*John Mizzaro v. HealthSouth Corp., et al.*, C.A. No. 2:02-2195
*Donald Herman v. HealthSouth Corp., et al.*, C.A. No. 2:02-2232
*David Minker v. HealthSouth Corp., et al.*, C.A. No. 2:02-2252
*Albert M. Klein v. HealthSouth Corp., et al.*, C.A. No. 2:02-2259
*Karl Bower, et al. v. HealthSouth Corp., et al.*, C.A. No. 2:02-2264
*Greg White v. HealthSouth Corp., et al.*, C.A. No. 2:02-2309
*Henry Kelly v. HealthSouth Corp., et al.*, C.A. No. 2:02-2330
*Ruth Gerstle v. HealthSouth Corp., et al.*, C.A. No. 2:02-2349
*Matt Vredenburg, etc. v. Richard M. Scrushy, et al.*, C.A. No. 2:02-2565
*Glenn Gross, et al. v. Richard M. Scrushy, et al.*, C.A. No. 2:03-213
*John Lucas v. HealthSouth Corp., et al.*, C.A. No. 2:03-645
*Alan B. Mirken v. HealthSouth Corp., et al.*, C.A. No. 2:03-696
*Ming Li, et al. v. HealthSouth Corp., et al.*, C.A. No. 2:03-713
*Julius R. Schwarz v. HealthSouth Corp., et al.*, C.A. No. 2:03-743
*William L. Bross, et al. v. HealthSouth Corp., et al.*, C.A. No. 2:03-783
*Robert J. Lancaster v. HealthSouth Corp., et al.*, C.A. No. 2:03-784
*Laurie Hunter, et al. v. Richard M. Scrushy, et al.*, C.A. No. 2:03-791
*Kim French v. HealthSouth Corp., et al.*, C.A. No. 2:03-814
*Stewart Perry v. HealthSouth Corp., et al.*, C.A. No. 2:03-848
*Dwain E. Davis v. HealthSouth Corp., et al.*, C.A. No. 2:03-878
*The Ezra Charitable Trust v. HealthSouth Corp., et al.*, C.A. No. 2:03-903
*Anne K. Low v. Richard M. Scrushy, et al.*, C.A. No. 2:03-923
*Kristi Renee Kelley-Priest v. HealthSouth Corp., et al.*, C.A. No. 2:03-926
*David Dubrow, et al. v. HealthSouth Corp., et al.*, C.A. No. 2:03-969
*Donald F. Angle, M.D., et al. v. HealthSouth Corp., et al.*, C.A. No. 2:03-1123
*Ace American Insurance Co. v. HealthSouth Corp., et al.*, C.A. No. 2:03-1139

Schedule of Matters for Hearing Session, Section A                p. 4
Providence, Rhode Island

MDL-1683 (Continued)

### Northern District of Alabama (Continued)

*Zurich American Insurance v. HealthSouth Corp., et al.*, C.A. No. 2:03-1231
*George W. Smith v. HealthSouth Corp., et al.*, C.A. No. 2:03-1291
*St. Paul Mercury Insurance Co., et al. v. HealthSouth Corp., et al.*, C.A. No. 2:03-1407
*Houston Firefighters' Relief & Retirement Fund v. HealthSouth Corp., et al.*,
    C.A. No. 2:03-1496
*In re HealthSouth Corp. Securities Litigation*, C.A. No. 2:03-1500
*In re HealthSouth Corp. Stockholder Litigation*, C.A. No. 2:03-1501
*In re HealthSouth Corp. Bondholder Litigation*, C.A. No. 2:03-1502
*In re HealthSouth Corp. ERISA Litigation*, C.A. No. 2:03-1700
*Travelers Casualty & Surety Co. of America v. HealthSouth Corp., et al.*,
    C.A. No. 2:03-1768
*Gulf Insurance Co. v. HealthSouth Corp., et al.*, C.A. No. 2:03-1830
*Continental Casualty Co. v. HealthSouth Corp., et al.*, C.A. No. 2:03-1831
*Lumbermens Mutual Casualty Co. v. HealthSouth Corp., et al.*, C.A. No. 2:03-2319
*John S. Chamberlin, et al. v. Royal Indemnity Co.*, C.A. No. 2:03-2637
*Twin City Fire Insurance Co. v. HealthSouth Corp., et al.*, C.A. No. 2:03-2773
*Royal Insurance Co. of America v. HealthSouth Corp., et al.*, C.A. No. 2:03-2881

### District of Colorado

*Scott A. Burke v. HealthSouth Corp., et al.*, C.A. No. 1:04-2451

MDL-1684 -- In re Plastics Additives Antitrust Litigation (No. II)

Motion of defendants Akcros Chemicals America; Akzo Nobel Inc.; Arkema, Inc.; Arkema SA; Metco North America, Inc.; Baerlocher USA, LLC; Crompton Corporation; Ferro Corporation; Kreha Corporation of America; Mitsubishi Rayon America, Inc.; and Rohm and Haas Company for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

Northern District of Ohio

*Polyone Corp. v. Akzo Nobel, NV, et al.*, C.A. No. 5:04-2554

Eastern District of Pennsylvania

*Gitto/Global Corp. v. Rohm & Haas Co., et al.*, C.A. No. 2:03-2038
*Isaac Industries, Inc. v. Rohm & Haas Co., et al.*, C.A. No. 2:03-2225
*Polyvel, Inc. v. Rohm & Haas Co., et al.*, C.A. No. 2:03-2262
*Newline Colors, Inc. v. Rohm & Haas Co., et al.*, C.A. No. 2:03-2368
*Crane Group Co., et al. v. Rohm & Haas Co., et al.*, C.A. No. 2:03-2516
*Surprise Plastics, Inc. v. Akzo Nobel N.V., et al.*, C.A. No. 2:03-2922
*Ex-Tech Plastics, Inc. v. Rohm & Haas Co., et al.*, C.A. No. 2:03-2959


MDL-1685 -- In re Master Settlement Agreement Antitrust Litigation

Motion of plaintiffs Freedom Holdings, Inc., et al., for centralization of the following actions in the United States District Court for the Southern District of New York:

Eastern District of Kentucky

*Trident International Corp., et al. v. Commonwealth of Kentucky, et al.*, C.A. No. 3:04-67

Southern District of New York

*Freedom Holdings, Inc., et al. v. Eliot Spitzer, et al.*, C.A. No. 1:02-2939
*Grand River Enterprises Six Nations, Ltd., et al. v. William Pryor, et al.*,
   C.A. No. 1:02-5068

Schedule of Matters for Hearing Session, Section A                    p. 6
Providence, Rhode Island

MDL-1685 (Continued)

### Northern District of Oklahoma

*XCaliber International Limited, LLC, et al. v. W.A. Drew Edmonson*, C.A. No. 4:04-922

### Middle District of Tennessee

*S&M Brands, Inc., et al. v. Paul G. Summers*, C.A. No. 3:05-171

## MDL-1686 -- In re Iraq and Afghanistan Detainees Litigation

Motion of plaintiffs Arkan Mohammed Ali, et al., for centralization of the following actions in the United States District Court for the Southern District of New York:

### District of Connecticut

*Arkan Mohammed Ali, et al. v. Thomas Pappas*, C.A. No. 3:05-371

### Northern District of Illinois

*Arkan Mohammed Ali, et al. v. Donald H. Rumsfeld*, C.A. No. 1:05-1201

### District of South Carolina

*Arkan Mohammed Ali, et al. v. Janis Karpinski*, C.A. No. 9:05-654

### Southern District of Texas

*Arkan Mohammed Ali, et al. v. Ricardo Sanchez*, C.A. No. 7:05-65

Schedule of Matters for Hearing Session, Section A                    p. 7
Providence, Rhode Island


MDL-1687 -- In re Ford Motor Co. E-350 Van Products Liability Litigation (No. II)

    Motion of defendant Ford Motor Company for centralization of the following actions in
the United States District Court for the District of New Jersey:


        Northern District of Alabama

    *New Bethlehem Baptist Church v. Ford Motor Co.*, C.A. No. 2:05-519

        Western District of Arkansas

    *Eleventh Street Baptist Church v. Ford Motor Co.*, C.A. No. 4:05-4020

        Central District of California

    *Greater All Nation Pentecost Church of Jesus Christ v. Ford Motor Co.*,
        C.A. No. 2:05-1765

        Northern District of Illinois

    *Pentecostal Temple Church of God in Christ v. Ford Motor Co.*, C.A. No. 1:05-1340

        District of New Jersey

    *Social Clubhouse, Inc. v. Ford Motor Co.*, C.A. No. 2:03-4558


MDL-1688 -- In re Pfizer Inc. Securities, Derivative & "ERISA" Litigation

    Motion of plaintiffs Frank Bambino and Dennis R. Dunn for centralization of certain of
the following actions in the United States District Court for the Southern District of New York
and motion of defendants Pfizer Inc., et al., for centralization of the following actions in the
United States District Court for the Southern District of New York:


        District of Connecticut

    *Harry M. Hoffman v. Pfizer, Inc., et al.*, C.A. No. 3:04-2196
    *Jeffrey M. Romm v. Pfizer, Inc., et al.*, C.A. No. 3:05-103
    *Frances J. McFarland v. Pfizer, Inc., et al.*, C.A. No. 3:05-192

Schedule of Matters for Hearing Session, Section A                    p. 8
Providence, Rhode Island


MDL-1688 (Continued)


### Northern District of Illinois

*Alan G. Berlow, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-879

### District of New Jersey

*Maria Van Gelder, etc. v. Pfizer, Inc., et al.*, C.A. No. 2:04-6210
*David Rich, etc. v. Pfizer, Inc., et al.*, C.A. No. 2:05-213

### Southern District of New York

*L. Norman Showers v. Pfizer, Inc., et al.*, C.A. No. 1:04-9866
*Philip Morabito v. Pfizer, Inc., et al.*, C.A. No. 1:04-9967
*John Haggerty v. Pfizer, Inc., et al.*, C.A. No. 1:04-10001
*Derrick Hawkins, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-10071
*Barbara Zarowitz, etc. v. Henry A. McKinnell, et al.*, C.A. No. 1:04-10075
*Marvin Freeman, etc. v. Henry A. McKinnell, et al.*, C.A. No. 1:04-10085
*Doris Staehr, etc. v. Henry A. McKinnell, et al.*, C.A. No. 1:04-10096
*Gail Fink, etc. v. Henry A. McKinnell, et al.*, C.A. No. 1:04-10098
*James Baker, etc. v. Henry A. McKinnell, et al.*, C.A. No. 1:04-10118
*Sanford Flinker, et al. v. Henry A. McKinnell, et al.*, C.A. No. 1:04-10141
*Sheldon Miller P.C. Defined Benefit Plan Dated November 1, 2002 v. Pfizer, Inc., et al.*,
    C.A. No. 1:04-10224
*Arkansas Carpenters Pension Fund, etc. v. Henry A. McKinnell, et al.*,
    C.A. No. 1:04-10257
*Shirley Schaffer, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-10296
*Marilyn Clark, etc. v. Henry A. McKinnell, et al.*, C.A. No. 1:05-51
*Ronald Hodge v. Pfizer, Inc., et al.*, C.A. No. 1:05-125
*Bob Wang, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-735
*Nick Hay v. Pfizer, Inc., et al.*, C.A. No. 1:05-983
*Maria Van Gelder, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:05-1308
*Peter F. Muffie, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:05-1920
*Phyllis Ann Jaffee IRA, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:05-2017
*Amalgamated Bank, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:05-2076
*Frank Bambino v. Pfizer, Inc., et al.*, C.A. No. 1:05-2510
*Dennis Dunn v. Pfizer, Inc., et al.*, C.A. No. 1:05-2874

Schedule of Matters for Hearing Session, Section A                    p. 9
Providence, Rhode Island

MDL-1689 -- In re Air Crash Near Woodbury, Connecticut, on December 20, 2002

    Motion of plaintiff Norma Knopf for centralization of the following actions in the United States District Court for the Eastern District of New York:

        District of Connecticut

      *Norma Knopf, etc. v. Master Aviation, Inc., et al.*, C.A. No. 3:04-2095
      *Norma Knopf, etc. v. Avco Corp., et al.*, C.A. No. 3:04-2096
      *Mark Rehl, et al. v. Lear Romec, et al.*, C.A. No. 3:04-2109

        Eastern District of New York

      *Norma Knopf, etc. v. Avco Corp., et al.*, C.A. No. 1:04-5420

        Eastern District of Pennsylvania

      *Norma Knopf, etc. v. Avco Corp., et al.*, C.A. No. 2:04-5713
      *Norma Knopf, etc. v. Avco Corp., et al.*, C.A. No. 2:04-5714

        Middle District of Pennsylvania

      *Norma Knopf, etc. v. Avco Corp., et al.*, C.A. No. 4:04-2705
      *Norma Knopf, etc. v. Avco Corp., et al.*, C.A. No. 4:04-2719

Schedule of Matters for Hearing Session, Section B                    p. 10
Providence, Rhode Island

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs Ann Hauck and Harriet I. Ruiz, etc., and defendant Regents of the University of California to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Middle District of Florida

*Ann Hauck v. Borg Warner Corp., et al.*, C.A. No. 6:04-1835

District of New Mexico

*Harriet I. Ruiz, etc. v. Zia Co., et al.*, C.A. No. 6:05-25

Motions of plaintiff Murphy Exploration & Production Company and defendants CertainTeed Corporation; Dana Corporation; Maremont Corporation; Pfizer Inc.; Union Carbide Corporation; and Bayer CropScience, Inc., for transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Northern District of California

*Jacqueline Billingsley, et al. v. Center for Claims Resolution, Inc., et al.*,
   C.A. No. 3:05-970

Eastern District of Louisiana

*Murphy Exploration & Production Co. v. McCarty Corp., et al.*, C.A. No. 2:04-1554

Schedule of Matters for Hearing Session, Section B                    p. 11
Providence, Rhode Island


MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
            Liability Litigation

Oppositions of plaintiffs to transfer of their respective actions, listed on Attachment A, to the United States District Court for the Eastern District of Pennsylvania.

Opposition of defendants Wyeth and Wyeth Pharmaceuticals to remand, under 28 U.S.C. § 1407(a), of the following actions to the United States District Court for the District of Utah:

        Eastern District of Pennsylvania

        *Cynthia D. Montague v. Wyeth, et al.*, C.A. No. 2:02-20197 (D. Utah, C.A. No. 2:02-667)
        *Shaunee Davis v. Wyeth, et al.*, C.A. No. 2:02-20199 (D. Utah, C.A. No. 2:02-769)
        *Pamela Riding v. Wyeth, et al.*, C.A. No. 2:02-20202 (D. Utah, C.A. No. 2:02-772)
        *Mary Anne Draney v. Wyeth, et al.*, C.A. No. 2:02-20249 (D. Utah, C.A. No. 2:02-948)


Motion of plaintiffs represented by Fleming & Associates, L.L.P., for remand of actions, listed on Attachment B, to their respective transferor courts pursuant to 28 U.S.C. § 1407(a).


MDL-1317 -- In re Terazosin Hydrochloride Antitrust Litigation

Opposition of defendants Abbott Laboratories, Inc., and Geneva Pharmaceuticals, Inc., to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Central District of California:

        Southern District of Florida

        *Kaiser Foundation Health Plan, Inc. v. Abbott Laboratories, et al.*, C.A. No. 1:02-22705
          (C.D. California, C.A. No. 2:02-2443)

Schedule of Matters for Hearing Session, Section B                    p. 12
Providence, Rhode Island


MDL-1334 -- In re Managed Care Litigation

Motion of defendant Guardian Life Insurance Company of America, Inc., for transfer of
the following action to the United States District Court for the Southern District of Florida:


District of New Jersey

*Donna Kent, et al. v. Guardian Life Insurance Co. of America, Inc., et al.,*
    C.A. No. 2:03-5171


MDL-1348 -- In re Rezulin Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the Southern District of New York:


Eastern District of California

*Kenny Breedlove, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:05-248
*Mary Adair, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:05-201
*Venson Adams, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:05-202
*Salvatore Acquaviva, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:05-203
*Lisa Alloway, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:05-204
*Gary Allison, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:05-206
*Earnest Adams, et al. v. Warner Lambert Co., LLC, et al.*, C.A. No. 2:05-213
*Judith Aiello, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:05-214
*Richard Agman, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:05-216


Western District of Texas

*Daniel Alarcon v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:05-4

Schedule of Matters for Hearing Session, Section B                    p. 13
Providence, Rhode Island


MDL-1358 -- In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Oppositions of plaintiffs James Quinn, et al., and Hope Koch, et al., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Northern District of California

*James Quinn, et al. v. Shell Oil, Inc., et al.*, C.A. No. 3:04-5180

### District of Maryland

*Hope Koch, et al. v. John R. Hicks, et al.*, C.A. No. 1:04-3345


MDL-1361 -- In re Compact Disc Minimum Advertised Price Antitrust Litigation

Motion of Motion Picture Studio and Record Company defendants for transfer of the following action to the United States District Court for the District of Maine:

### Northern District of New York

*John A. Deep v. Recording Industry Association of America, Inc., et al.*, C.A. No. 1:05-205


MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

Opposition of plaintiff William Coward to transfer of the following action to the United States District Court for the Western District of Washington:

### Middle District of Florida

*William Coward v. L. Perrigo Co., Inc., et al.*, C.A. No. 3:05-203

Schedule of Matters for Hearing Session, Section B                    p. 14
Providence, Rhode Island


MDL-1407 (Continued)


Opposition of defendants Bayer Corporation and Wyeth to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the District of Nevada:

### Western District of Washington

*Michelle L. Bardlett v. Wyeth Consumer Healthcare, et al.*, C.A. No. 2:03-224
   (D. Nevada, C.A. No. 2:02-1373)


### MDL-1446 -- In re Enron Corp. Securities, Derivative & "ERISA" Litigation

Opposition of plaintiff Joseph Marsh to transfer of the following action to the United States District Court for the Southern District of Texas:

### Northern District of Ohio

*Joseph Marsh v. Merrill Lynch & Co., Inc.*, C.A. No. 1:05-48


### MDL-1486 -- In re Dynamic Random Access Memory (DRAM) Antitrust Litigation

Oppositions of plaintiffs Leonard M. Kaplan; Don Greene; Mike Kinkade, et al.; and Microprocessor Designs, Inc., to transfer of their respective following actions to the United States District Court for the Northern District of California:

### Middle District of North Carolina

*Leonard M. Kaplan v. Micron Technology, Inc., et al.*, C.A. No. 1:05-12

### Middle District of Tennessee

*Don Greene v. Elpida Memory, Inc., et al.*, C.A. No. 3:05-94
*Mike Kinkade, et al. v. Micron Technology, Inc., et al.*, C.A. No. 3:05-111

Schedule of Matters for Hearing Session, Section B                    p. 15
Providence, Rhode Island


MDL-1486 (Continued)


### District of Vermont

*Microprocessor Designs, Inc. v. Micron Technology, Inc., et al.*, C.A. No. 2:05-35


## MDL-1487 -- In re WorldCom, Inc., Securities & "ERISA" Litigation

Oppositions of plaintiff Michael R. Ganek, and defendants Citigroup, Inc., Citigroup Global Markets, Inc., and Jack Grubman to transfer of the following action to the United States District Court for the Southern District of New York:


### Southern District of Florida

*Michael R. Ganek v. Citigroup, Inc., et al.*, C.A. No. 9:04-81183


## MDL-1507 -- In re Prempro Products Liability Litigation

Opposition of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Arkansas:


### Northern District of California

*Mildred De Vos, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 3:05-101
*Carla Higginbotham, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 3:05-102
*Debby Bellingham, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 3:05-104
*Bonnie Hirsch v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 3:05-106
*Carole Guida, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 3:05-140
*Kathryn Shea, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 3:05-141
*Cary Bossi, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 5:05-103
*Bruna Campus, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 5:05-105

Schedule of Matters for Hearing Session, Section B                    p. 16
Providence, Rhode Island

MDL-1507 (Continued)

### Northern District of California (Continued)

*Noel Lawrence v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 5:05-107
*Guynith Pierre, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 5:05-108
*Lourdes Sarmiento, et al. v. Wyeth Pharmaceuticals, Inc., et al.*, C.A. No. 5:05-139

### MDL-1530 -- In re Fleming Companies Inc. Securities & Derivative Litigation

Opposition of plaintiffs Zurich Specialties London Ltd., et al., to transfer of the following action to the United States District Court for the Eastern District of Texas:

### District of Delaware

*Zurich Specialties London Ltd., et al. v. Fleming Companies, Inc., et al.*,
Bky. Advy. No. 1:04-57510        05 cv 91

### MDL-1553 -- In re Silica Products Liability Litigation

Motion of defendant U.S. Silica Company for remand, pursuant to 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Eastern District of Missouri:

### Southern District of Texas

*Richard Covey, et al. v. Union Pacific Railroad Co., et al.*, C.A. No. 2:05-93
(E.D. Missouri, C.A. No. 4:03-1686)

Schedule of Matters for Hearing Session, Section B                    p. 17
Providence, Rhode Island


MDL-1586 -- In re Mutual Funds Investment Litigation

Opposition of plaintiff Matthew Wiggenhorn to transfer of the following action to the United States District Court for the District of Maryland:


Southern District of Illinois

*Matthew Wiggenhorn v. Equitable Life Assurance Society of the United States*, C.A. No. 3:04-372


MDL-1598 -- In re Ephedra Products Liability Litigation

Opposition of plaintiff Jonathan Edward Stirewalt to transfer of the following action to the United States District Court for the Southern District of New York:


Northern District of Mississippi

*Jonathan Edward Stirewalt v. N.V.E., Inc., et al.*, C.A. No. 1:04-367


MDL-1604 -- In re Ocwen Federal Bank FSB Mortgage Servicing Litigation

Oppositions of plaintiffs Allen Hopkins, et al., and Brad R. Rhoton, Sr., et al., to transfer of their respective following actions to the United States District Court for the Northern District of Illinois:


Northern District of Alabama

*Allen Hopkins, et al. v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 2:05-33

Southern District of Texas

*Brad R. Rhoton, Sr., et al. v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 4:05-630

Schedule of Matters for Hearing Session, Section B                    p. 18
Providence, Rhode Island


MDL-1610 -- In re Conseco Life Insurance Co. Cost of Insurance Litigation

Opposition of plaintiff Barry A. Feinberg, etc., to transfer of the following action to the United States District Court for the Central District of California:


Northern District of Illinois

*Barry A. Feinberg, etc. v. Conseco Life Insurance Co.*, C.A. No. 1:04-7836


MDL-1629 -- In re Neurontin Marketing and Sales Practices Litigation

Opposition of plaintiffs Stephen Brodsky; Dan Huffman, etc.; Patti Paulsen, etc.; Rosalia Sumait, et al.; and Monica Smith, etc., to transfer of their respective following actions to the United States District Court for the District of Massachusetts:


Southern District of New York

*Stephen Brodsky v. Pfizer, Inc., et al.*, C.A. No. 1:04-7960
*Dan Huffman, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-7961
*Patti Paulsen, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8464
*Rosalia Sumait, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8719
*Monica Smith, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8720


MDL-1657 -- In re Vioxx Products Liability Litigation

Oppositions of plaintiffs and defendant Hesselberg Drug Company to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:


Middle District of Alabama

*Yolanda King v. Merck & Co., Inc., et al.*, C.A. No. 2:05-165

Schedule of Matters for Hearing Session, Section B                     p. 19
Providence, Rhode Island

MDL-1657 (Continued)

### District of Arizona

*Wayne Young v. Merck & Co., Inc.*, C.A. No. 2:05-307

### Middle District of Florida

*Amparo Alvarez v. Merck & Co., Inc., et al.*, C.A. No. 6:05-171
*Nelson Oquendo, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-172
*Gloria Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 6:05-221
*Dallas Childers, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-222
*Maria Diaz, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-239
*Brenda Jurado v. Merck & Co., Inc., et al.*, C.A. No. 8:05-224
*Felix Carvajal, et al. v. Merck & Co., Inc., et al.*, C.A. No. 8:05-276

### Northern District of Illinois

*Kathleen Brown, etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-1092

### Southern District of Illinois

*Gerald Sumner, et al. v. Merck & Co., Inc.*, C.A. No. 3:04-864
*Ida Akins v. Merck & Co., Inc., et al.*, C.A. No. 3:05-39

### Eastern District of Kentucky

*Jacquelyn Washburn, etc. v. Merck & Co., Inc.*, C.A. No. 5:05-47

### District of Massachusetts

*Linda Isner, etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-10328

Schedule of Matters for Hearing Session, Section B                    p. 20
Providence, Rhode Island


MDL-1657 (Continued)


### Eastern District of Missouri

*Theresa Tuma, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-83
*Celestine Dale, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-84
*Debra Raymo, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-85
*Vernon Andrews, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-86
*Carol Thomas, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-87
*Sammy L. Underwood, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-88
*Arline Anderson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-89
*Edna McGhee, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-90
*Regina Menderski, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-92
*Mary Stewart, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-93
*Gloria Singleton, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-94
*Kenneth Britton, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-96
*James Cerutti, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-97
*Arthur Hale, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-300
*Marlene Harris, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-301
*Sineria Jones, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-303
*Lois Wolz, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-307


### Northern District of New York

*Richard F. Core, et al. v. Merck & Co., Inc., et al.*, C.A. No. 5:04-1367


### Northern District of Oklahoma

*Tommy Lee v. Merck & Co., Inc.*, C.A. No. 4:04-930


### Western District of Pennsylvania

*Judith E. Orie, M.D. v. Merck & Co, Inc.*, C.A. No. 2:04-1886


### Southern District of Texas

*Felicia Garza, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:05-17

Schedule of Matters for Hearing Session, Section B                    p. 21
Providence, Rhode Island

MDL-1663 -- In re Insurance Brokerage Antitrust Litigation

  Opposition of plaintiffs Sheldon Langendorf, et al., to transfer of the following action to the United States District Court for the District of New Jersey:

    Northern District of Illinois

  *Sheldon Langendorf, et al. v. The Hartford Financial Services Group, Inc., et al.*,
    C.A. No. 1:05-315

# ATTACHMENT A TO THE MAY 26, 2005
# SCHEDULE OF MATTERS FOR HEARING

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability
    Litigation

### Central District of California

*Chantel Bennett, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7405
*Carolyn R. Casbier, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7407
*Marva T. Christopher, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7409
*Suzanne Coscarelli, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7411
*Valerie Lydiate v. American Home Products Corp., et al.*, C.A. No. 2:04-7412
*Arcelia Cooley v. American Home Products Corp., et al.*, C.A. No. 2:04-7414
*Gail Mahoney-Stebbins, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7415
*Ruth V. Cravo v. American Home Products Corp., et al.*, C.A. No. 2:04-7416
*Diane S. Depould v. American Home Products Corp., et al.*, C.A. No. 2:04-7428
*Martha L. Clemons-Olds, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7429
*Mary H. Bland, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7450
*Calvin Cochran v. American Home Products Corp., et al.*, C.A. No. 2:04-7452
*Coleen M. Darling, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7453
*Nancy L. Creal v. American Home Products Corp., et al.*, C.A. No. 2:04-7455
*Richard Darling, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7457
*Jack Marchi, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7458
*Sybil M. MacCulloch, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7460
*Denise E. Croomes v. American Home Products Corp., et al.*, C.A. No. 2:04-7465
*Susan Batuyong, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7472
*Sean M. McKenzie, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7571
*Jill McKenna v. American Home Products Corp., et al.*, C.A. No. 2:04-7573
*Janis Miller, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7574
*Gloria J. Mercer, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7575
*Sonia R. Miraglia, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7576
*Juanita P. Heft, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7634
*Patricia L. Herman, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7636
*Alvin L. Hickenbotham, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7637
*Helen L. Mead v. American Home Products Corp., et al.*, C.A. No. 2:04-7651
*Margery Johnson v. American Home Products Corp., et al.*, C.A. No. 2:04-7652
*Kimberly Jones v. American Home Products Corp., et al.*, C.A. No. 2:04-7654
*Mary J. Nickel, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7655
*Bruce A. Lowenthal v. American Home Products Corp., et al.*, C.A. No. 2:04-7658
*Noreen O. Keyes v. American Home Products Corp., et al.*, C.A. No. 2:04-7659

- 2 -

**MDL-1203 Attachment A (Continued)**

Central District of California (Continued)

*Jacqueline Lovejoy v. American Home Products Corp., et al.*, C.A. No. 2:04-7661
*Leora Lantz v. American Home Products Corp., et al.*, C.A. No. 2:04-7663
*Mike Luttrell v. American Home Products Corp., et al.*, C.A. No. 2:04-7665
*Raymond F. Hopcus, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7666
*Melinda Lorenzen v. American Home Products Corp., et al.*, C.A. No. 2:04-7670
*Janice A. McGinnis, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7697
*Diana M. Pellegrino v. American Home Products Corp., et al.*, C.A. No. 2:04-7698
*Don E. Maxwell, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7700
*Linda D. Peterson v. American Home Products Corp., et al.*, C.A. No. 2:04-7812
*Kami Peters v. American Home Products Corp., et al.*, C.A. No. 2:04-7814
*Patricia Pope, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7822
*Debra G. Phillips v. American Home Products Corp., et al.*, C.A. No. 2:04-7823
*Betty L. Pierson, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7824
*Susan A. Parker v. American Home Products Corp., et al.*, C.A. No. 2:04-7838
*Ronald Parra, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7839
*Nampet Panichpant-Michelsen, et al. v. American Home Products Corp., et al.*,
    C.A. No. 2:04-7840
*Pamela A. Patton v. American Home Products Corp., et al.*, C.A. No. 2:04-7841
*Shelley F. Palm v. American Home Products Corp., et al.*, C.A. No. 2:04-7842
*Dana D. Orlando, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7843
*Dale Pearlman, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7844
*Gloria A. Pagenkopp-Donnelly, et al. v. American Home Products Corp., et al.*,
    C.A. No. 2:04-7846
*Maryann Orloff, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7847
*Patricia A. Pusey, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7868
*Gustavo Zuluaga v. American Home Products Corp., et al.*, C.A. No. 2:04-7869
*Kimberly A. Razi v. American Home Products Corp., et al.*, C.A. No. 2:04-7870
*Mildred O. Malin v. American Home Products Corp., et al.*, C.A. No. 2:04-7871
*Lurlene Joyce v. American Home Products Corp., et al.*, C.A. No. 2:04-7875
*Phillipa Jackson v. American Home Products Corp., et al.*, C.A. No. 2:04-7876
*Ruth A. Rapp, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7878
*Jennie C. Proctor, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7879
*Robert G. Grencik, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7894
*Teresa M. Telesz-Mora v. American Home Products Corp., et al.*, C.A. No. 2:04-7896
*Edith Birken, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7898
*Patricia E. Gutierrez v. American Home Products Corp., et al.*, C.A. No. 2:04-7899

- 3 -

**MDL-1203 Attachment A (Continued)**

<u>Central District of California</u> (Continued)

*Jacqueline Adams, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7900
*Cecilia Carlat v. American Home Products Corp., et al.*, C.A. No. 2:04-7901
*Rachel L. Tighe v. American Home Products Corp., et al.*, C.A. No. 2:04-7902
*Cassie S. Hansen v. American Home Products Corp., et al.*, C.A. No. 2:04-7905
*Samantha C. Howe v. American Home Products Corp., et al.*, C.A. No. 2:04-7906
*Sandra F. Carter, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7908
*Twyla R. Sousa, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7915
*Catherine E. Martinez, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7916
*Virginia L. Dale, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7917
*Amy R. Weintraub, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7918
*Patricia A. Welch v. American Home Products Corp., et al.*, C.A. No. 2:04-7922
*Kelly S. Wasson, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7926
*Diane T. Lang, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7931
*Joel Scotia v. American Home Products Corp., et al.*, C.A. No. 2:04-7933
*Florence H. Sharfstein, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7940
*Nila M. Waltrip, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7941
*Marthalie A. Stephenson, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7942
*Betty J. Warren, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7943
*Barbara A. Swanson-Smith, et al. v. American Home Products Corp., et al.*,
   C.A. No. 2:04-7944
*Joanne T. Stipp, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7956
*Constance F. Taylor, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7961
*Larry P. Taylor, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7963
*David Schuster, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7969
*Patricia Seal-Bastone v. American Home Products Corp., et al.*, C.A. No. 2:04-7971
*James J. Rossi v. American Home Products Corp., et al.*, C.A. No. 2:04-7972
*Joyce Rowe v. American Home Products Corp., et al.*, C.A. No. 2:04-7973
*Jesse Sanchez, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7975
*Mary M. Wolfe, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7991
*Shirley H. Verge, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7995
*Michie Vandiest-Burrell v. American Home Products Corp., et al.*, C.A. No. 2:04-7997
*Alan Shields, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-7998
*Romana Stranske v. American Home Products Corp., et al.*, C.A. No. 2:04-8011
*Dorothy Stokes-Harris v. American Home Products Corp., et al.*, C.A. No. 2:04-8012
*Templeton Wells, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-8053

- 4 -

**MDL-1203 Attachment A (Continued)**

<u>Central District of California</u> (Continued)

*Eunice Shannon, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-8054
*Richard A. Wilson, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-8055
*Clinton B. Mayers, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-8057
*Judith A. Soucy, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-8058
*Margaret Speceiro v. American Home Products Corp., et al.*, C.A. No. 2:04-8059
*Kathleen M. Spramelli v. American Home Products Corp., et al.*, C.A. No. 2:04-8061
*Steve A. Starkey, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-8062
*Shirley Wagner v. American Home Products Corp., et al.*, C.A. No. 2:04-8066
*Vera F. Sitton, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-8068
*Kia M. Singleton v. American Home Products Corp., et al.*, C.A. No. 2:04-8069
*Marie H. Wallace, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-8072
*Shelley Z. Small v. American Home Products Corp., et al.*, C.A. No. 2:04-8073
*Sharon L. Zepel, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-8074
*Josephine R. Zorzy v. American Home Products Corp., et al.*, C.A. No. 2:04-8077
*Tammy L. Rey-Rodriguez, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-8098
*Barbara F. Wells, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-8101
*Sylvania Reuland, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-8103
*Kim A. Hulbert v. American Home Products Corp., et al.*, C.A. No. 2:04-8112
*Amy Pumilia v. American Home Products Corp., et al.*, C.A. No. 2:04-8113
*Christina C. Martinez v. American Home Products Corp., et al.*, C.A. No. 2:04-8114
*Stuart E. Rissman, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-8117
*Joanna Richardi v. American Home Products Corp., et al.*, C.A. No. 2:04-8118
*Deborah S. McKee, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-8128
*Kent A. Reniche v. American Home Products Corp., et al.*, C.A. No. 2:04-8130
*Eleanore R. Reiner v. American Home Products Corp., et al.*, C.A. No. 2:04-8131
*Marilyn K. Vadase, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-9634
*Christine M. Wilson, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-9678
*Linda Johnson v. American Home Products Corp., et al.*, C.A. No. 2:04-9834
*Maxine Roberts v. American Home Products Corp., et al.*, C.A. No. 2:04-9846
*Joanne W. Johnson, et al. v. American Home Products Corp., et al.*, C.A. No. 2:04-9902
*Tanya Brooks v. American Home Products Corp., et al.*, C.A. No. 2:04-9930

<u>Northern District of Mississippi</u>

*Sophie J. Tate v. Wyeth, Inc.*, C.A. No. 1:04-268
*Debra Gray v. Wyeth, Inc.*, C.A. No. 1:04-269
*Vivian L. Yeatman v. Wyeth, Inc.*, C.A. No. 1:04-270

- 5 -

**MDL-1203 Attachment A (Continued)**

<u>Northern District of Mississippi</u> (Continued)

*Frankie Elizabeth Aldison v. Wyeth, Inc.*, C.A. No. 2:04-240
*Annie Lee Bryant v. Wyeth, Inc.*, C.A. No. 2:04-241
*Rose Marie Jordan v. Wyeth, Inc.*, C.A. No. 2:04-242
*Nelie H. Pritchard v. Wyeth, Inc.*, C.A. No. 2:04-244
*Julia F. Turner v. Wyeth, Inc.*, C.A. No. 2:04-245
*Penny P. Walker v. Wyeth, Inc.*, C.A. No. 2:04-246
*Terry Conner Cade v. Wyeth, Inc.*, C.A. No. 2:04-247
*Edna L. Cooley v. Wyeth, Inc.*, C.A. No. 2:04-248
*Johnnie Lou Ford v. Wyeth, Inc.*, C.A. No. 2:04-249
*Vickey D. Frawner v. Wyeth, Inc.*, C.A. No. 2:04-250
*Letitia J. King v. Wyeth, Inc.*, C.A. No. 2:04-251
*Gracie L. Rogers v. Wyeth, Inc.*, C.A. No. 2:04-252
*Ronda P. Morman v. Wyeth, Inc.*, C.A. No. 3:04-167
*William Arliss Swindoll v. Wyeth, Inc.*, C.A. No. 3:04-168
*Deborah Cusic, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:04-87
*Kelvin Hugh McKenzie v. Wyeth, Inc.*, C.A. No. 4:04-271
*Sherry Ann Singleton v. Wyeth, Inc.*, C.A. No. 4:04-273

<u>Southern District of Mississippi</u>

*Beverly L. Culpepper v. Wyeth, Inc.*, C.A. No. 2:04-293
*Barbie Evette Slade v. Wyeth, Inc.*, C.A. No. 2:04-295
*Joann D. O'Cain v. Wyeth, Inc.*, C.A. No. 3:04-708
*Betty B. Aultman v. Wyeth, Inc.*, C.A. No. 3:04-709
*Melissa Dawn Baldwin v. Wyeth, Inc.*, C.A. No. 3:04-710
*Sherri W. Curtis v. Wyeth, Inc.*, C.A. No. 3:04-712
*Dawn J. Edwards v. Wyeth, Inc.*, C.A. No. 3:04-713
*Linda G. Mills v. Wyeth, Inc.*, C.A. No. 3:04-714
*Michael L. Myers v. Wyeth, Inc.*, C.A. No. 3:04-715
*Myrtle D. Rayburn v. Wyeth, Inc.*, C.A. No. 3:04-716
*Douglas Lee Renfroe v. Wyeth, Inc.*, C.A. No. 3:04-718
*Susan Carolyn Russell v. Wyeth, Inc.*, C.A. No. 3:04-719
*Marian T. Summerlin v. Wyeth, Inc.*, C.A. No. 3:04-720
*Sherry F. Strong v. Wyeth, Inc.*, C.A. No. 3:04-721

- 6 -

**MDL-1203 Attachment A (Continued)**

<u>District of Nevada</u>

*Linda Ekins, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:04-313
*Dian Vanderwell, et al. v. Wyeth, Inc., et al.*, C.A. No. 3:04-314

<u>Southern District of Texas</u>

*Lupe D. Gonzales v. Wyeth, et al.*, C.A. No. 4:03-4815
*Pamela K. Holmberg v. Wyeth, et al.*, C.A. No. 4:03-4838
*Lisa G. Dubose v. Wyeth, et al.*, C.A. No. 4:03-4910
*Cynthia D. Reed v. Wyeth, et al.*, C.A. No. 4:03-4912

## ATTACHMENT B TO THE MAY 26, 2005
## SCHEDULE OF MATTERS FOR HEARING

<u>MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability</u>
<u>Litigation</u>

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|------|------|--------|------|------|--------|--------------|
| **DIST.** | **DIV.** | **C.A.NO.** | **DIST.** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 03-20124 | ALM | 2 | 02-1391 | *Yuvonne B. Wilson v. Wyeth, et al.* |
| PAE | 2 | 03-20283 | ARE | 2 | 03-43 | *Charlene Hamilton v. Wyeth, et al.* |
| PAE | 2 | 03-20282 | ARE | 3 | 03-86 | *Thomas Parker v. Wyeth, et al.* |
| PAE | 2 | 03-20281 | ARE | 3 | 03-87 | *Joy Greer v. Wyeth, et al.* |
| PAE | 2 | 04-29463 | ARE | 4 | 04-414 | *Lillie M. Deckelman, et al. v. Wyeth* |
| PAE | 2 | 04-26750 | AZ | 4 | 04-199 | *Maria L. Alexander, et al. v. Wyeth* |
| PAE | 2 | 03-20165 | GAN | 1 | 03-315 | *Lynda Parker, et al. v. American Home Products Corp., et al.* |
| PAE | 2 | 04-21209 | GAN | 1 | 03-2123 | *Alice Adams, et al. v. Wyeth, Inc., et. al.* |
| PAE | 2 | 04-20096 | GAN | 1 | 03-2143 | *Lisa Phelps-Dorris, et al. v. American Home, et. al.* |
| PAE | 2 | 04-20097 | GAN | 1 | 03-2152 | *Shirley T. Turner, et. al. v. American Home, et. al.* |
| PAE | 2 | 04-20098 | GAN | 1 | 03-2153 | *Barbara A. Geisert, et. al. v. American Home, et. al.* |
| PAE | 2 | 04-20099 | GAN | 1 | 03-2171 | *Pamela G. Ellison, et. al. v. American Home Prod, et. al.* |
| PAE | 2 | 04-20100 | GAN | 1 | 03-2173 | *Ursula Asher, et. al. v. American Home Prod, et. al.* |
| PAE | 2 | 04-20095 | GAN | 1 | 03-2177 | *Larry M. Russell, et. al. v. American Home Prod, et. al.* |
| PAE | 2 | 04-20094 | GAN | 1 | 03-2182 | *Robert L. Shomaker, et. al. v. American Home Products, et. al.* |
| PAE | 2 | 05-20201 | GAN | 1 | 04-779 | *Stephanie Roane, et al. v. American Home Products Corp., et al.* |
| PAE | 2 | 05-20459 | ID | 2 | 04-203 | *Sandra Cody, et al. v. Wyeth* |
| PAE | 2 | 04-26681 | ILS | 3 | 04-278 | *Janice H. Baker, et al. v. Wyeth* |
| PAE | 2 | 04-29782 | INS | 3 | 04-66 | *Roberta R. Weinzapfel v. Wyeth* |
| PAE | 2 | 04-26974 | KYE | 6 | 04-181 | *Vickie L. Matlock v. Wyeth* |
| PAE | 2 | -0 | KYW | 4 | 04-52 | *Alesia Cotton, et al. v. Wyeth* |
| PAE | 2 | 03-20548 | KYW | 5 | 03-137 | *Kathy Meunier v. Wyeth, et al.* |
| PAE | 2 | 04-23759 | MN | 0 | 04-1719 | *Holly J. Anderson, et al. v. Wyeth* |
| PAE | 2 | 04-28530 | MOE | 2 | 04-29 | *Garrett, et al. v. Wyeth* |
| PAE | 2 | 04-29410 | MSN | 3 | 04-75 | *Margie W. Peacock v. Wyeth* |
| PAE | 2 | 04-26683 | MT | 9 | 04-71 | *Deborah D. Figarelle, et al. v. Wyeth-Ayerst Laboratories* |
| PAE | 2 | 04-27115 | NCE | 7 | 04-84 | *Estate of Carolyn S. Cook v. Wyeth* |
| PAE | 2 | -0 | ND | 4 | 04-46 | *Ilene R. Allen, et al. v. Wyeth* |
| PAE | 2 | 03-20683 | NYS | 1 | 03-4582 | *Betty Fox v. American Home Products Corp., et al.* |
| PAE | 2 | 03-20681 | NYS | 1 | 03-4584 | *Laurie Horton v. American Home Products Corp., et al.* |
| PAE | 2 | 03-20680 | NYS | 1 | 03-4585 | *Eileen LaChance v. American Home Products Corp., et al.* |
| PAE | 2 | 03-20679 | NYS | 1 | 03-4586 | *Monica Pusatier v. American Home Products Corp., et al.* |
| PAE | 2 | 03-20742 | NYS | 1 | 03-4587 | *Marianne Schmidt v. American Home Products Corp., et al.* |
| PAE | 2 | 03-20741 | NYS | 1 | 03-4588 | *Emilio Valenti v. American Home Products Corp., et al.* |
| PAE | 2 | 03-20750 | NYS | 1 | 03-4589 | *Cheryl Williams v. American Home Products Corp., et al.* |
| PAE | 2 | 03-20749 | NYS | 1 | 03-4590 | *Ken Catlin v. American Home Products Corp., et al.* |
| PAE | 2 | 03-20664 | NYS | 1 | 03-4591 | *Joanne D'Angelantonio v. American Home Products Corp., et al.* |
| PAE | 2 | 03-20755 | NYS | 1 | 03-4592 | *Kimberlee Farmer v. American Home Products Corp., et al.* |
| PAE | 2 | 03-20753 | NYS | 1 | 03-4594 | *Barbara Linker v. American Home Products Corp., et al.* |
| PAE | 2 | 03-20092 | OKE | 6 | 02-446 | *Callie Haggard v. Wyeth, et al.* |

- 2 -

**MDL-1203 Attachment B (Continued)**

| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
|-------|------|---------|-------|------|---------|--------------|
| PAE | 2 | 04-28531 | OKE | 6 | 04-193 | *Cynthia E. Cole, et al. v. Wyeth* |
| PAE | 2 | 04-26954 | OKN | 4 | 04-358 | *Wilma J. Brooks, et al. v. Wyeth* |
| PAE | 2 | 03-20099 | OKW | 5 | 02-1119 | *Sharon Marie McKee v. Wyeth, et al.* |
| PAE | 2 | 03-20093 | OKW | 5 | 02-1120 | *Karen Moseley v. Wyeth, et al.* |
| PAE | 2 | 03-20767 | OKW | 5 | 03-1107 | *Mary Bernal v. Wyeth, et al.* |
| PAE | 2 | -0 | OR | 3 | 04-557 | *Alysmay Antonucci, et al. v. Wyeth* |
| PAE | 2 | 04-26961 | TNW | 2 | 04-2291 | *Delores Baker, et al. v. Wyeth* |
| PAE | 2 | 03-20228 | TXE | 1 | 02-832 | *Judith Shockley v. Wyeth, et al.* |
| PAE | 2 | -0 | TXE | 1 | 03-1126 | *Blanche L. Feathers v. Wyeth, et al.* |
| PAE | 2 | -0 | TXE | 1 | 03-1127 | *Nelda S. Condra, et al. v. Wyeth, et al.* |
| PAE | 2 | -0 | TXE | 1 | 03-1386 | *Wylene L. Alston, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-28470 | TXE | 1 | 04-195 | *James Collard v. Wyeth, et al.* |
| PAE | 2 | 04-28545 | TXE | 1 | 04-196 | *Suzanne Combs v. Wyeth, et al.* |
| PAE | 2 | 04-28544 | TXE | 1 | 04-374 | *Glynda A. Brown v. Wyeth, et al.* |
| PAE | 2 | 05-20407 | TXE | 2 | 04-166 | *Linda Falkner, et al. v. Wyeth* |
| PAE | 2 | 04-28604 | TXE | 2 | 04-203 | *Verna Smith, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-27105 | TXE | 3 | 03-55 | *Debbie Wells v. Wyeth, et al.* |
| PAE | 2 | 04-22926 | TXE | 5 | 03-252 | *Edith Johnson v. Wyeth, et al.* |
| PAE | 2 | 04-22928 | TXE | 5 | 04-4 | *Cynthia Grimes v. Wyeth, et al.* |
| PAE | 2 | 04-22929 | TXE | 5 | 04-10 | *Ouida A. Wallace v. Wyeth, et al.* |
| PAE | 2 | 04-22927 | TXE | 5 | 04-91 | *Freda J. Strother v. Wyeth* |
| PAE | 2 | 04-23749 | TXE | 6 | 04-4 | *Betsy Cavin v. Wyeth, et al.* |
| PAE | 2 | 04-23157 | TXE | 6 | 04-5 | *Delois Wall v. Wyeth, et al.* |
| PAE | 2 | 04-21906 | TXE | 6 | 04-64 | *Sherrye Patterson v. Wyeth, et al.* |
| PAE | 2 | 04-27098 | TXE | 6 | 04-224 | *Thelma I. Ramsey v. Wyeth, et al.* |
| PAE | 2 | 04-23141 | TXE | 9 | 03-255 | *Jane E. Williams, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-23140 | TXE | 9 | 03-256 | *Rhonda Allen v. Wyeth, et al.* |
| PAE | 2 | -0 | TXE | 9 | 03-257 | *Gloria M. Collier v. Wyeth, et al.* |
| PAE | 2 | 04-23139 | TXE | 9 | 03-258 | *Kelly L. Phillips, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-23142 | TXE | 9 | 03-259 | *Mary J. Bryan, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-25827 | TXE | 9 | 03-304 | *Dabra K. Leggett v. Wyeth, et al.* |
| PAE | 2 | -0 | TXE | 9 | 03-314 | *Jean E. Caryl v. Wyeth, et al.* |
| PAE | 2 | 04-26725 | TXE | 9 | 04-4 | *Wendy C. Manning, et al. v. Wyeth, et al.* |
| PAE | 2 | 03-20498 | TXN | 2 | 03-163 | *Brenda Frazier v. Wyeth, et al.* |
| PAE | 2 | 04-20033 | TXN | 3 | 03-1447 | *Shirley Swisher v. Wyeth, et al.* |
| PAE | 2 | 03-20572 | TXN | 3 | 03-1478 | *Edda McKinney v. Wyeth, et al.* |
| PAE | 2 | 04-20030 | TXN | 3 | 03-1499 | *Donna Weems v. Wyeth, et al.* |
| PAE | 2 | 04-20005 | TXN | 3 | 03-1511 | *Julia Shipley v. Wyeth, et al.* |
| PAE | 2 | 04-20003 | TXN | 3 | 03-1659 | *Carol Cantrell, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20961 | TXN | 3 | 03-2041 | *Alma M. Kiser v. Wyeth, et al.* |
| PAE | 2 | 04-21002 | TXN | 3 | 03-2052 | *Mygra M. Brewington, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20964 | TXN | 3 | 03-2198 | *Brenda I. Carrigan, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21025 | TXN | 3 | 03-2199 | *Lisa D. Arnim, et al. v. Wyeth, et al.* |

- 3 -

**MDL-1203 Attachment B (Continued)**

| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
|-------|------|---------|-------|------|---------|--------------|
| PAE | 2 | 04-20967 | TXN | 3 | 03-2200 | *April Davis, et al. v. Wyeth, et al.* |
| PAE | 2 | -0 | TXN | 3 | 03-2210 | *Olivia M. Anthony, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20984 | TXN | 3 | 03-2211 | *Sherilyn Carter, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-23153 | TXN | 3 | 03-2212 | *Janet S. Aligah, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21039 | TXN | 3 | 03-2213 | *Diana L. Fourneret, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21024 | TXN | 3 | 03-2214 | *Patty G. Talamantez, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21040 | TXN | 3 | 03-2215 | *Brandy C. Burton, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21017 | TXN | 3 | 03-2216 | *Eloise Bibbs, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20963 | TXN | 3 | 03-2235 | *Pamela K. Padden, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20954 | TXN | 3 | 03-2236 | *Hilde E. Royal, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20955 | TXN | 3 | 03-2237 | *Christiana M. Dudley v. Wyeth, et al.* |
| PAE | 2 | 04-20968 | TXN | 3 | 03-2238 | *Demetra R. Brown, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20969 | TXN | 3 | 03-2242 | *Glenda M. Nelms, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20987 | TXN | 3 | 03-2244 | *Zelma D. Tate, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20988 | TXN | 3 | 03-2249 | *Lisa A. Davis, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20956 | TXN | 3 | 03-2250 | *Christine Kadey, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21016 | TXN | 3 | 03-2251 | *Mary F. Allen, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21003 | TXN | 3 | 03-2252 | *Kenneth H. Cooper, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21041 | TXN | 3 | 03-2253 | *Patricia K. Dunson, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20970 | TXN | 3 | 03-2254 | *Revaleann E. Palmer, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21035 | TXN | 3 | 03-2255 | *Debra K. Alexander, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20965 | TXN | 3 | 03-2256 | *Deanna K. Caddell, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20971 | TXN | 3 | 03-2257 | *Yolanda Glover-Williams, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21004 | TXN | 3 | 03-2264 | *Carolyn Matthews, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21042 | TXN | 3 | 03-2265 | *Vanessa G. Miller, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21023 | TXN | 3 | 03-2266 | *Shellene K. Castilaw, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21022 | TXN | 3 | 03-2267 | *Kathryn Moore, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20989 | TXN | 3 | 03-2268 | *Paula Schirman, et al. v. Wyeth* |
| PAE | 2 | 04-20990 | TXN | 3 | 03-2269 | *Carolyn Y. Smith, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21036 | TXN | 3 | 03-2276 | *Edward L. Clem, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21001 | TXN | 3 | 03-2277 | *Sylvia A. Mcnair, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20972 | TXN | 3 | 03-2278 | *Latisha P. Preston, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21043 | TXN | 3 | 03-2290 | *Paula M. Gilbert, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20991 | TXN | 3 | 03-2291 | *Ruby M. Haynes, et al. v. Wyeth, et al.* |
| PAE | 2 | -0 | TXN | 3 | 03-2292 | *Ruby Richardson, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21015 | TXN | 3 | 03-2293 | *Carol B. Clark, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20973 | TXN | 3 | 03-2294 | *Emily Stover, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21014 | TXN | 3 | 03-2295 | *Verna B. Kaminski, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20993 | TXN | 3 | 03-2296 | *Melvin E. Aylett v. Wyeth, et al.* |
| PAE | 2 | 04-21026 | TXN | 3 | 03-2298 | *Edra V. Moore-Bailey, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21013 | TXN | 3 | 03-2299 | *Cheryl L. Peterson, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20164 | TXN | 3 | 03-2300 | *Margaret Lea, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20992 | TXN | 3 | 03-2301 | *Carlynn R. Priestley, et al. v. Wyeth, et al.* |

- 4 -

**MDL-1203 Attachment B (Continued)**

| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
|-------|------|---------|-------|------|---------|--------------|
| PAE | 2 | 04-21032 | TXN | 3 | 03-2302 | *Patricia A. Eberwein v. Wyeth, et al.* |
| PAE | 2 | 04-20994 | TXN | 3 | 03-2303 | *Laura E. Hafner, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20983 | TXN | 3 | 03-2304 | *Gwen Riley, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20974 | TXN | 3 | 03-2305 | *Linda Logsdon, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21027 | TXN | 3 | 03-2306 | *Nelda R. Wheat, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20995 | TXN | 3 | 03-2333 | *Karina D. Glaspy, et al. v. Wyeth* |
| PAE | 2 | 04-21033 | TXN | 3 | 03-2334 | *Carol K. Wolfe, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21048 | TXN | 3 | 03-2335 | *Lorraine Hammer v. Wyeth, et al.* |
| PAE | 2 | 04-21034 | TXN | 3 | 03-2336 | *Kayron E. Huttash, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20996 | TXN | 3 | 03-2337 | *Erma Bennett v. Wyeth, et al.* |
| PAE | 2 | 04-20998 | TXN | 3 | 03-2338 | *Andrea L. Dillard, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20982 | TXN | 3 | 03-2339 | *Billie J. Harper, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21012 | TXN | 3 | 03-2343 | *Barbara A. Watts, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20760 | TXN | 3 | 03-2344 | *Debbie Dearick v. American Home Products Corp., et al.* |
| PAE | 2 | 04-21000 | TXN | 3 | 03-2359 | *Sandra D. Lassberg, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21011 | TXN | 3 | 03-2400 | *Susan Fabos, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20981 | TXN | 3 | 03-2402 | *Sandra B. Smith, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20957 | TXN | 3 | 03-2407 | *Rita D. Hensley, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21047 | TXN | 3 | 03-2419 | *Karen Watt, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21020 | TXN | 3 | 03-2421 | *Angela M. Modester, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21005 | TXN | 3 | 03-2422 | *Rose L. Rodriguez, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21006 | TXN | 3 | 03-2423 | *Deborah G. Morrison, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20958 | TXN | 3 | 03-2424 | *Linda Ann Adams v. Wyeth, et al.* |
| PAE | 2 | 04-21008 | TXN | 3 | 03-2425 | *Brenda J. Boggs, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20950 | TXN | 3 | 03-2426 | *Helen E. Griffin-rivera, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20977 | TXN | 3 | 03-2428 | *Glenda D. Abbott, et al. v. Wyeth, et al.* |
| PAE | 2 | -0 | TXN | 3 | 03-2433 | *Lenny K. Holden, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21019 | TXN | 3 | 03-2434 | *Melinda J. Sellers, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20979 | TXN | 3 | 03-2436 | *Sharon Y. Wooten, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21018 | TXN | 3 | 03-2437 | *Mary F. Wells, et al. v. Wyeth, et al.* |
| PAE | 2 | -0 | TXN | 3 | 03-2438 | *Doylene E. Griffin, et al. v. Wyeth, et al.* |
| PAE | 2 | -0 | TXN | 3 | 03-2439 | *Betty Batte, et al. v. Wyeth, et al.* |
| PAE | 2 | -0 | TXN | 3 | 03-2440 | *Betty J. Tedford, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20960 | TXN | 3 | 03-2473 | *Bette Janice Loftis v. Wyeth, et al.* |
| PAE | 2 | -0 | TXN | 3 | 03-2863 | *Martha Hill, et al. v. Wyeth, et al.* |
| PAE | 2 | 05-20475 | TXN | 3 | 04-879 | *Dolores Baccus, et al. v. Wyeth* |
| PAE | 2 | 04-26969 | TXN | 3 | 04-901 | *Jim Robinson v. Wyeth* |
| PAE | 2 | 03-20488 | TXN | 4 | 03-608 | *Raul Gutierrez v. Wyeth, et al.* |
| PAE | 2 | 03-20592 | TXN | 4 | 03-632 | *Vicki L. McKelvy v. Wyeth, et al.* |
| PAE | 2 | 03-20493 | TXN | 4 | 03-646 | *Lori I. Gott v. Wyeth, et al.* |
| PAE | 2 | 03-20490 | TXN | 4 | 03-774 | *Geraldine J. Delon v. Wyeth, et al.* |
| PAE | 2 | 04-20899 | TXN | 4 | 03-1135 | *Gwindelyon Diane Young, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20867 | TXN | 4 | 03-1136 | *Lawrence B. Bridges, et al. v. Wyeth, et al.* |

- 5 -

**MDL-1203 Attachment B (Continued)**

| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
|-------|------|---------|-------|------|---------|--------------|
| PAE | 2 | 04-20850 | TXN | 4 | 03-1137 | *Debra Stuart, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20892 | TXN | 4 | 03-1138 | *Carol Martinez, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20866 | TXN | 4 | 03-1139 | *Debbie J. Knabe, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-27230 | TXN | 4 | 04-321 | *Danny Weatherman v. Wyeth* |
| PAE | 2 | 04-26965 | TXN | 5 | 04-99 | *Cher A. MacKenzie v. Wyeth* |
| PAE | 2 | 03-20615 | TXN | 7 | 03-182 | *Belynda K. Rodriguez v. Wyeth, et. al.* |
| PAE | 2 | 04-26809 | TXS | 2 | 04-13 | *Cynthia A. Loera, et al. v. Wyeth, et al.* |
| PAE | 2 | 05-20505 | TXS | 2 | 04-83 | *Sara S. Cruz v. Wyeth, et al* |
| PAE | 2 | 05-20450 | TXS | 2 | 04-234 | *Jody L. Keys v. Wyeth* |
| PAE | 2 | 03-20533 | TXS | 3 | 03-387 | *Marilyn Morrison v. Wyeth, et al.* |
| PAE | 2 | 04-21381 | TXS | 3 | 03-440 | *Beth B. Caso v. Wyeth, et al.* |
| PAE | 2 | 04-21381 | TXS | 3 | 03-743 | *Alfred Lara, et. al. v. Wyeth, et. al.* |
| PAE | 2 | 04-21387 | TXS | 3 | 03-785 | *Carmela Araujo, et. al. v. Wyeth, et. al.* |
| PAE | 2 | 03-20812 | TXS | 3 | 03-865 | *Dianne E. Ansohn, et. al. v. Wyeth, et. al.* |
| PAE | 2 | 04-23162 | TXS | 3 | 03-964 | *Margie N. Greer, et. al. v. Wyeth, et. al.* |
| PAE | 2 | 04-23160 | TXS | 3 | 03-1020 | *Bonnie J. Allred, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-28540 | TXS | 3 | 04-98 | *Carolyn Alvarez v. Wyeth, et al.* |
| PAE | 2 | 04-21579 | TXS | 4 | 03-2131 | *Ruby L. Ryan v. Wyeth, et al.* |
| PAE | 2 | 04-21580 | TXS | 4 | 03-2132 | *Cindy Staton v. Wyeth, et al.* |
| PAE | 2 | 04-21581 | TXS | 4 | 03-2152 | *Dennis R. Featherston v. Wyeth, et al.* |
| PAE | 2 | 04-21582 | TXS | 4 | 03-2153 | *Deborah Calderone v. Wyeth, et al.* |
| PAE | 2 | 04-21583 | TXS | 4 | 03-2154 | *Lou A. Criff v. Wyeth, et al.* |
| PAE | 2 | 04-21585 | TXS | 4 | 03-2156 | *Karen D. Allen v. Wyeth, et al.* |
| PAE | 2 | 04-21586 | TXS | 4 | 03-2157 | *Sharon Sloan v. Wyeth, et al.* |
| PAE | 2 | 04-21587 | TXS | 4 | 03-2158 | *Duree Saltee v. Wyeth, et al.* |
| PAE | 2 | 04-21588 | TXS | 4 | 03-2159 | *Kathy Harpst v. Wyeth, et al.* |
| PAE | 2 | 04-21590 | TXS | 4 | 03-2161 | *Richard Broussard v. Wyeth, et al.* |
| PAE | 2 | -0 | TXS | 4 | 03-2190 | *Katherine Ramsey v. Wyeth, et al.* |
| PAE | 2 | 04-21592 | TXS | 4 | 03-2191 | *Mildred Lewis v. Wyeth, et al.* |
| PAE | 2 | 03-20535 | TXS | 4 | 03-2244 | *Louis J. Williams, Sr. v. Wyeth, et al.* |
| PAE | 2 | 04-21103 | TXS | 4 | 03-2656 | *Pamela G. Custer v. Wyeth, et al.* |
| PAE | 2 | 04-21344 | TXS | 4 | 03-2661 | *Pamela D. Baumbach v. Wyeth, et. al.* |
| PAE | 2 | 04-21351 | TXS | 4 | 03-2751 | *Shandra A. Dean v. Wyeth, et. al.* |
| PAE | 2 | 04-21352 | TXS | 4 | 03-2753 | *Naomi F. Washington v. Wyeth, et. al.* |
| PAE | 2 | 03-20651 | TXS | 4 | 03-2755 | *Linda S. Ross v. Wyeth* |
| PAE | 2 | 04-21353 | TXS | 4 | 03-2756 | *Helen Creech v. Wyeth, et. al.* |
| PAE | 2 | 04-21355 | TXS | 4 | 03-2758 | *Judy C. Roberts v. Wyeth, et. al.* |
| PAE | 2 | 04-21356 | TXS | 4 | 03-2759 | *Shellie J. Karm v. Wyeth* |
| PAE | 2 | 04-21357 | TXS | 4 | 03-2760 | *Michelle L. Claunch v. Wyeth, et. al.* |
| PAE | 2 | 04-21358 | TXS | 4 | 03-2763 | *Teresa K. Lyon v. Wyeth, et. al.* |
| PAE | 2 | 04-21359 | TXS | 4 | 03-2802 | *Linda Childress v. Wyeth, et. al.* |
| PAE | 2 | 04-21360 | TXS | 4 | 03-2808 | *Emma L. Williams v. Wyeth* |
| PAE | 2 | 04-21361 | TXS | 4 | 03-2809 | *Mary A. Diaz v. Wyeth* |

- 6 -

**MDL-1203 Attachment B (Continued)**

| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
|-------|------|---------|-------|------|---------|--------------|
| PAE | 2 | -0 | TXS | 4 | 03-3667 | *Irma B. Garza v. Wyeth, et. al.* |
| PAE | 2 | 04-20008 | TXS | 4 | 03-4165 | *Rita R. Rodriguez v. Wyeth, et. al.* |
| PAE | 2 | 04-26385 | TXS | 4 | 03-4170 | *Deborrah A. McKeown v. Wyeth* |
| PAE | 2 | 04-26386 | TXS | 4 | 03-4172 | *Martha L. Rojas v. Wyeth* |
| PAE | 2 | 04-20278 | TXS | 4 | 03-4173 | *Tina G. Zorrilla v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-4225 | *David Orr v. Wyeth* |
| PAE | 2 | 04-26379 | TXS | 4 | 03-4227 | *Elvia Pieternelle v. Wyeth* |
| PAE | 2 | 04-26377 | TXS | 4 | 03-4228 | *Lenora Shuler v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-4229 | *Helen Rollins v. Wyeth* |
| PAE | 2 | 04-26375 | TXS | 4 | 03-4230 | *Carolyn W. Meekins v. Wyeth* |
| PAE | 2 | 04-26376 | TXS | 4 | 03-4231 | *Patricia A. Webber v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-4232 | *Maryann Beasley v. Wyeth* |
| PAE | 2 | 04-26374 | TXS | 4 | 03-4233 | *Suzy T. Zrake v. Wyeth* |
| PAE | 2 | 04-26336 | TXS | 4 | 03-4234 | *Sandra E. Garner v. Wyeth* |
| PAE | 2 | 04-26337 | TXS | 4 | 03-4235 | *Jayne Payne v. Wyeth* |
| PAE | 2 | 04-26313 | TXS | 4 | 03-4242 | *Linda S. Lott v. Wyeth* |
| PAE | 2 | 04-26312 | TXS | 4 | 03-4243 | *Francisca G. Perez v. Wyeth* |
| PAE | 2 | 04-26365 | TXS | 4 | 03-4245 | *John A. Stroup, et. al. v. Wyeth, et. al.* |
| PAE | 2 | 04-26366 | TXS | 4 | 03-4246 | *Irma F. Powell v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-4249 | *Cheryl A. Lanclos v. Wyeth* |
| PAE | 2 | 04-20514 | TXS | 4 | 03-4322 | *Mary L. Stanley v. Wyeth, et. al.* |
| PAE | 2 | 04-26324 | TXS | 4 | 03-4323 | *Michael H. Urbanek v. Wyeth, et. al.* |
| PAE | 2 | -0 | TXS | 4 | 03-4324 | *Lisa J. Miner v. Wyeth* |
| PAE | 2 | 04-26314 | TXS | 4 | 03-4325 | *Maria A. Lazo v. Wyeth, et. al.* |
| PAE | 2 | -0 | TXS | 4 | 03-4326 | *Scharley Brite v. Wyeth* |
| PAE | 2 | 04-26371 | TXS | 4 | 03-4362 | *Velia L. Ortega v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-4363 | *Sandra L. Nickerson v. Wyeth* |
| PAE | 2 | 04-26370 | TXS | 4 | 03-4364 | *Audra McAfee v. Wyeth* |
| PAE | 2 | 04-26363 | TXS | 4 | 03-4365 | *Sharon K. Simmons v. Wyeth* |
| PAE | 2 | 04-26364 | TXS | 4 | 03-4366 | *Dale A. Craig v. Wyeth* |
| PAE | 2 | 04-26302 | TXS | 4 | 03-4367 | *Brenda B. Westerham v. Wyeth* |
| PAE | 2 | 04-26303 | TXS | 4 | 03-4368 | *Jim C. Ezer v. Wyeth* |
| PAE | 2 | 04-26304 | TXS | 4 | 03-4369 | *Lora R. Lambert v. Wyeth, et. al.* |
| PAE | 2 | 04-26305 | TXS | 4 | 03-4412 | *Barbara G. Koncaba v. Wyeth, et. al.* |
| PAE | 2 | 04-26306 | TXS | 4 | 03-4413 | *Alecia A. Williams v. Wyeth, et. al.* |
| PAE | 2 | 04-26307 | TXS | 4 | 03-4414 | *Marilu Robbins v. Wyeth, et. al.* |
| PAE | 2 | 04-26542 | TXS | 4 | 03-4416 | *Marian A. Young v. Wyeth, et. al.* |
| PAE | 2 | 04-26543 | TXS | 4 | 03-4417 | *Elizabeth A. Allison v. Wyeth, et. al.* |
| PAE | 2 | 04-26544 | TXS | 4 | 03-4418 | *Mary K. Weaver-Johnson v. Wyeth* |
| PAE | 2 | 04-26545 | TXS | 4 | 03-4419 | *Sharon K. Robershaw v. Wyeth, et. al.* |
| PAE | 2 | 04-26546 | TXS | 4 | 03-4420 | *Susan G. Lowery v. Wyeth, et. al.* |
| PAE | 2 | 04-26547 | TXS | 4 | 03-4421 | *Julie K. Pullin v. Wyeth, et. al.* |
| PAE | 2 | 04-26548 | TXS | 4 | 03-4422 | *Michael D. Hudson v. Wyeth, et. al.* |

- 7 -

**MDL-1203 Attachment B (Continued)**

| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
|-------|------|---------|-------|------|---------|--------------|
| PAE | 2 | 04-26549 | TXS | 4 | 03-4423 | Mary S. Humphries v. Wyeth, et. al. |
| PAE | 2 | 04-26550 | TXS | 4 | 03-4424 | Sharon K. Smith v. Wyeth, et. al. |
| PAE | 2 | 04-26551 | TXS | 4 | 03-4425 | Kimberly G. Schexnaider v. Wyeth, et. al. |
| PAE | 2 | -0 | TXS | 4 | 03-4426 | Sandra L. Laird v. Wyeth, et. al. |
| PAE | 2 | 04-26593 | TXS | 4 | 03-4427 | Trenda Zimmerman v. Wyeth, et. al. |
| PAE | 2 | 04-26594 | TXS | 4 | 03-4428 | Ola T. Noonan v. Wyeth, et. al. |
| PAE | 2 | 04-26595 | TXS | 4 | 03-4429 | Shantell R. Thieleman v. Wyeth |
| PAE | 2 | 04-26878 | TXS | 4 | 03-4430 | Barbara G. Allen v. Wyeth, et al |
| PAE | 2 | 04-26590 | TXS | 4 | 03-4431 | Rosa L. Lane-Smith v. Wyeth, et. al. |
| PAE | 2 | 04-26591 | TXS | 4 | 03-4432 | Cynthia A. Wilkerson v. Wyeth, et. al. |
| PAE | 2 | 04-26588 | TXS | 4 | 03-4433 | Barbara A. Dishman v. Wyeth, et. al. |
| PAE | 2 | -0 | TXS | 4 | 03-4434 | Elizabeth A. Williams v. Wyeth, et. al. |
| PAE | 2 | 04-26587 | TXS | 4 | 03-4435 | Conloudes W. Robinson v. Wyeth, et. al. |
| PAE | 2 | 04-26586 | TXS | 4 | 03-4436 | Joan F. McWilliams v. Wyeth, et. al. |
| PAE | 2 | 04-26583 | TXS | 4 | 03-4486 | Teresa S. Verret, et. al. v. Wyeth, et. al. |
| PAE | 2 | 04-26584 | TXS | 4 | 03-4488 | Kimberley D. Pomilla, et. al. v. Wyeth |
| PAE | 2 | 04-26581 | TXS | 4 | 03-4489 | Lydia N. Bell, et. al. v. Wyeth |
| PAE | 2 | 04-26582 | TXS | 4 | 03-4515 | Nell S. Shaffer v. Wyeth, et. al. |
| PAE | 2 | 04-26585 | TXS | 4 | 03-4516 | Lyndia J. Martin v. Wyeth, et. al. |
| PAE | 2 | 04-26600 | TXS | 4 | 03-4517 | Deborah A. Schumann v. Wyeth, et. al. |
| PAE | 2 | -0 | TXS | 4 | 03-4518 | Eleanor F. Miller v. Wyeth, et. al. |
| PAE | 2 | -0 | TXS | 4 | 03-4519 | Betty J. Landry v. Wyeth, et. al. |
| PAE | 2 | 04-26603 | TXS | 4 | 03-4520 | Lynette Watkins-Chilo v. Wyeth, et. al. |
| PAE | 2 | 04-26579 | TXS | 4 | 03-4521 | Kathy L. Hicks v. Wyeth, et. al. |
| PAE | 2 | 04-26580 | TXS | 4 | 03-4522 | Irene K. Strauss v. Wyeth |
| PAE | 2 | 04-26605 | TXS | 4 | 03-4523 | Janice E. Smith v. Wyeth, et. al. |
| PAE | 2 | 04-20646 | TXS | 4 | 03-4524 | Bonnie v. Wyeth |
| PAE | 2 | 04-20647 | TXS | 4 | 03-4525 | Carolyn J. Owens v. Wyeth, et al |
| PAE | 2 | 04-26604 | TXS | 4 | 03-4526 | Marizella Mercado v. Wyeth |
| PAE | 2 | 04-26552 | TXS | 4 | 03-4527 | Debra L. Scott v. Wyeth, et. al. |
| PAE | 2 | 04-26553 | TXS | 4 | 03-4528 | Bonnie J. Zieben v. Wyeth |
| PAE | 2 | 04-26387 | TXS | 4 | 03-4531 | James L. Willingham v. Wyeth |
| PAE | 2 | 04-26388 | TXS | 4 | 03-4532 | Roger E. Mallett v. Wyeth |
| PAE | 2 | 04-26389 | TXS | 4 | 03-4534 | Judy Sablatura v. Wyeth |
| PAE | 2 | 04-26339 | TXS | 4 | 03-4535 | Cathy E. Webster v. Wyeth |
| PAE | 2 | 04-26340 | TXS | 4 | 03-4536 | Carolyn S. Hunter v. Wyeth |
| PAE | 2 | 04-26342 | TXS | 4 | 03-4538 | Dorothy S. Alexander v. Wyeth |
| PAE | 2 | 04-26343 | TXS | 4 | 03-4539 | Joanna D. Graham v. Wyeth |
| PAE | 2 | 04-26344 | TXS | 4 | 03-4540 | Mary Jane Whitehurst v. Wyeth |
| PAE | 2 | 04-26316 | TXS | 4 | 03-4541 | David L. Berry v. Wyeth |
| PAE | 2 | 04-26331 | TXS | 4 | 03-4542 | Stacy Stone v. Wyeth |
| PAE | 2 | 04-26330 | TXS | 4 | 03-4543 | Laqueta Williams v. Wyeth, et. al. |
| PAE | 2 | 04-26329 | TXS | 4 | 03-4544 | Gloria G. Lozano v. Wyeth |

- 8 -

**MDL-1203 Attachment B (Continued)**

| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
|-------|------|---------|-------|------|---------|--------------|
| PAE | 2 | 05-20610 | TXS | 4 | 03-4545 | *Sheila M. Stokes v. Wyeth, et al.* |
| PAE | 2 | 04-26328 | TXS | 4 | 03-4546 | *Dennis K. Wood v. Wyeth* |
| PAE | 2 | 04-26327 | TXS | 4 | 03-4547 | *William G. McKeown v. Wyeth, et. al.* |
| PAE | 2 | 04-26345 | TXS | 4 | 03-4548 | *Paul G. McWherter v. Wyeth, et. al.* |
| PAE | 2 | 04-26346 | TXS | 4 | 03-4549 | *Robert W. Meader v. Wyeth, et. al.* |
| PAE | 2 | 04-26347 | TXS | 4 | 03-4550 | *Bonnie L. Wright v. Wyeth, et. al.* |
| PAE | 2 | 04-26348 | TXS | 4 | 03-4552 | *Angela H. Martin v. Wyeth, et. al.* |
| PAE | 2 | 04-26349 | TXS | 4 | 03-4553 | *Kathy R. San Felipe v. Wyeth, et. al.* |
| PAE | 2 | 04-26350 | TXS | 4 | 03-4554 | *Diane K. MaComber v. Wyeth, et. al.* |
| PAE | 2 | 04-26351 | TXS | 4 | 03-4556 | *Terri L. McMillan v. Wyeth* |
| PAE | 2 | 04-26352 | TXS | 4 | 03-4557 | *Lanelle H. Hanagriff v. Wyeth, et. al.* |
| PAE | 2 | 04-26353 | TXS | 4 | 03-4559 | *Judy Harper v. Wyeth* |
| PAE | 2 | 04-26354 | TXS | 4 | 03-4560 | *Melissa K. Witte v. Wyeth, et. al.* |
| PAE | 2 | 04-26355 | TXS | 4 | 03-4587 | *Sheryl S. Herron v. Wyeth* |
| PAE | 2 | 04-26356 | TXS | 4 | 03-4588 | *Cindy M. Harper v. Wyeth, et. al.* |
| PAE | 2 | 04-26369 | TXS | 4 | 03-4590 | *Janice L. Gill v. Wyeth, et. al.* |
| PAE | 2 | 04-26357 | TXS | 4 | 03-4593 | *Janel R. Wente v. Wyeth, et. al.* |
| PAE | 2 | 04-26358 | TXS | 4 | 03-4594 | *Doreen R. Susor v. Wyeth* |
| PAE | 2 | 04-26359 | TXS | 4 | 03-4598 | *Lexie Reneau v. Wyeth, et. al.* |
| PAE | 2 | 04-26360 | TXS | 4 | 03-4602 | *Donna K. Esparza v. Wyeth, et. al.* |
| PAE | 2 | -0 | TXS | 4 | 03-4603 | *Sandra B. Hickman v. Wyeth* |
| PAE | 2 | 04-26317 | TXS | 4 | 03-4604 | *Eddie F. Faison v. Wyeth* |
| PAE | 2 | 04-26318 | TXS | 4 | 03-4607 | *Barbara A. Deanda v. Wyeth* |
| PAE | 2 | 04-26319 | TXS | 4 | 03-4608 | *Pamela K. White v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-4609 | *Bonnie G. Freeman v. Wyeth* |
| PAE | 2 | 04-26321 | TXS | 4 | 03-4611 | *Donna L. Hamilton v. Wyeth* |
| PAE | 2 | 04-26309 | TXS | 4 | 03-4612 | *Candace S. Kovalcik v. Wyeth* |
| PAE | 2 | 04-26310 | TXS | 4 | 03-4613 | *Diane P. Crow v. Wyeth, et. al.* |
| PAE | 2 | 04-26555 | TXS | 4 | 03-4614 | *Gloria J. Johnson v. Wyeth, et. al.* |
| PAE | 2 | 04-26556 | TXS | 4 | 03-4625 | *Linda R. Johnson v. Wyeth, et. al.* |
| PAE | 2 | 04-26557 | TXS | 4 | 03-4627 | *Alden Womack v. Wyeth* |
| PAE | 2 | 04-26558 | TXS | 4 | 03-4628 | *Norma B. Hall v. Wyeth* |
| PAE | 2 | 04-26559 | TXS | 4 | 03-4630 | *Jeannie K. Jems v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-4635 | *William Willard v. Wyeth, et. al.* |
| PAE | 2 | 04-26561 | TXS | 4 | 03-4639 | *Barbara H. Womac v. Wyeth, et. al.* |
| PAE | 2 | 04-26621 | TXS | 4 | 03-4642 | *Enedelia Pina v. Wyeth, et. al.* |
| PAE | 2 | 04-26622 | TXS | 4 | 03-4643 | *Sharon J. Coyle v. Wyeth, et. al.* |
| PAE | 2 | 04-26562 | TXS | 4 | 03-4644 | *Gilda Dunn v. Wyeth, et. al.* |
| PAE | 2 | 04-26563 | TXS | 4 | 03-4650 | *Alma M. Quan v. Wyeth, et. al.* |
| PAE | 2 | 04-26565 | TXS | 4 | 03-4656 | *Merilyn K. Deane v. Wyeth, et. al.* |
| PAE | 2 | 04-26566 | TXS | 4 | 03-4699 | *Carol S. Wood v. Wyeth, et. al.* |
| PAE | 2 | 04-26567 | TXS | 4 | 03-4700 | *Martha Washington v. Wyeth* |
| PAE | 2 | 04-26568 | TXS | 4 | 03-4701 | *Guadalupe Martinez v. Wyeth* |

- 9 -

**MDL-1203 Attachment B (Continued)**

| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
|-------|------|---------|-------|------|---------|--------------|
| PAE | 2 | 04-26569 | TXS | 4 | 03-4702 | *Lauren L. Jones v. Wyeth* |
| PAE | 2 | 04-26570 | TXS | 4 | 03-4703 | *Richard B. Harris v. Wyeth, et. al.* |
| PAE | 2 | 04-26571 | TXS | 4 | 03-4704 | *Cheryl Aylward v. Wyeth* |
| PAE | 2 | 04-26572 | TXS | 4 | 03-4705 | *Donna M. Wills v. Wyeth, et. al.* |
| PAE | 2 | 04-26573 | TXS | 4 | 03-4706 | *Debbie L. Bell v. Wyeth* |
| PAE | 2 | 04-26574 | TXS | 4 | 03-4707 | *Desiree A. Kuschel v. Wyeth, et. al.* |
| PAE | 2 | -0 | TXS | 4 | 03-4708 | *Susan C. Stormer v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-4709 | *Lucinda Cortez v. Wyeth* |
| PAE | 2 | 04-26577 | TXS | 4 | 03-4710 | *Sheryl D. Berry v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-4711 | *Jennifer Fick v. Wyeth* |
| PAE | 2 | 04-26633 | TXS | 4 | 03-4712 | *Deborah Carter v. Wyeth* |
| PAE | 2 | 04-26634 | TXS | 4 | 03-4713 | *Carol A. Matl v. Wyeth* |
| PAE | 2 | 04-26635 | TXS | 4 | 03-4715 | *Jonnie R. Darneal v. Wyeth, et. al.* |
| PAE | 2 | 04-26636 | TXS | 4 | 03-4716 | *Randy E. Capps v. Wyeth, et. al.* |
| PAE | 2 | 04-26637 | TXS | 4 | 03-4717 | *Arlene K. Heimbach v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-4718 | *James I. Case v. Wyeth, et. al.* |
| PAE | 2 | 04-26639 | TXS | 4 | 03-4719 | *Elizabeth T. Jandt v. Wyeth* |
| PAE | 2 | 04-20666 | TXS | 4 | 03-4720 | *Rosa L. Cantu v. Wyeth* |
| PAE | 2 | 04-26640 | TXS | 4 | 03-4721 | *Kelly A. Hess v. Wyeth, et. al.* |
| PAE | 2 | 04-26641 | TXS | 4 | 03-4722 | *Sherry J. Stasney v. Wyeth, et. al.* |
| PAE | 2 | 04-26642 | TXS | 4 | 03-4723 | *Eva B. Castaneda v. Wyeth* |
| PAE | 2 | 04-26643 | TXS | 4 | 03-4724 | *Barbara A. Holden v. Wyeth, et. al.* |
| PAE | 2 | 04-26644 | TXS | 4 | 03-4725 | *Leticia A. Hanks v. Wyeth* |
| PAE | 2 | 04-26645 | TXS | 4 | 03-4726 | *Levinda L. Soliz v. Wyeth, et. al.* |
| PAE | 2 | 04-26646 | TXS | 4 | 03-4727 | *Colleen W. Dowden v. Wyeth, et. al.* |
| PAE | 2 | -0 | TXS | 4 | 03-4728 | *Ethel M. Powell v. Wyeth, et. al.* |
| PAE | 2 | -0 | TXS | 4 | 03-4730 | *Willie J. Johnson v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-4731 | *Lora A. Young v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-4732 | *Melody R. Elledge v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-4733 | *Diane P. Flores v. Wyeth* |
| PAE | 2 | 04-26432 | TXS | 4 | 03-4735 | *Essie L. Jones v. Wyeth* |
| PAE | 2 | 04-26433 | TXS | 4 | 03-4736 | *Marilyn S. Lyttle v. Wyeth* |
| PAE | 2 | 04-26434 | TXS | 4 | 03-4737 | *Yolanda Bazan-Garcia v. Wyeth* |
| PAE | 2 | 04-26436 | TXS | 4 | 03-4738 | *Cynthia P. Juda v. Wyeth* |
| PAE | 2 | 04-26435 | TXS | 4 | 03-4739 | *Gelea C. Clem v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-4740 | *Caroline Brooks v. Wyeth* |
| PAE | 2 | 04-26438 | TXS | 4 | 03-4741 | *Mary Ann H. Dowler v. Wyeth* |
| PAE | 2 | 04-26439 | TXS | 4 | 03-4742 | *Victoria A. Castillo v. Wyeth* |
| PAE | 2 | 04-26440 | TXS | 4 | 03-4743 | *Maggie Falconer v. Wyeth* |
| PAE | 2 | 04-26441 | TXS | 4 | 03-4744 | *Connie H. Conover v. Wyeth* |
| PAE | 2 | 04-26535 | TXS | 4 | 03-4745 | *Robert A. Hampton v. Wyeth* |
| PAE | 2 | 04-26536 | TXS | 4 | 03-4746 | *Lakeisheia Dennis v. Wyeth* |
| PAE | 2 | 04-26537 | TXS | 4 | 03-4747 | *Marsha Hanson v. Wyeth* |

- 10 -

**MDL-1203 Attachment B (Continued)**

| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
|-------|------|---------|-------|------|---------|--------------|
| PAE | 2 | 04-26538 | TXS | 4 | 03-4748 | *Jeanne S. Gilbert v. Wyeth* |
| PAE | 2 | 04-26539 | TXS | 4 | 03-4749 | *Linda S. Baca v. Wyeth* |
| PAE | 2 | 04-26540 | TXS | 4 | 03-4750 | *Joy D. Williams v. Wyeth, et. al.* |
| PAE | 2 | 04-26541 | TXS | 4 | 03-4751 | *Brenda G. Dobson v. Wyeth, et. al.* |
| PAE | 2 | 04-26529 | TXS | 4 | 03-4752 | *Barbara B. Nini v. Wyeth* |
| PAE | 2 | 04-26530 | TXS | 4 | 03-4753 | *Alan R. Hepner v. Wyeth, et. al.* |
| PAE | 2 | 04-26531 | TXS | 4 | 03-4754 | *Rose A. Holt v. Wyeth, et. al.* |
| PAE | 2 | 04-26533 | TXS | 4 | 03-4756 | *Burnell Harper v. Wyeth* |
| PAE | 2 | 04-26534 | TXS | 4 | 03-4757 | *Shirley Brannan v. Wyeth* |
| PAE | 2 | 04-26525 | TXS | 4 | 03-4758 | *Rebecca L. Mathis v. Wyeth* |
| PAE | 2 | 04-26526 | TXS | 4 | 03-4759 | *Cherice M. Fields v. Wyeth* |
| PAE | 2 | 04-26527 | TXS | 4 | 03-4760 | *Toya C. Allen v. Wyeth, et. al.* |
| PAE | 2 | 04-26528 | TXS | 4 | 03-4761 | *Donna Devoll v. Wyeth* |
| PAE | 2 | 04-26442 | TXS | 4 | 03-4762 | *Lisa M. Crowder v. Wyeth, et. al.* |
| PAE | 2 | 04-26497 | TXS | 4 | 03-4763 | *Teresa R. Holdren v. Wyeth* |
| PAE | 2 | 04-26443 | TXS | 4 | 03-4764 | *Marjorie P. Britt v. Wyeth* |
| PAE | 2 | 04-26596 | TXS | 4 | 03-4765 | *Lisa M. Brown v. Wyeth* |
| PAE | 2 | 04-26597 | TXS | 4 | 03-4766 | *Jana L. Koen v. Wyeth* |
| PAE | 2 | 05-20415 | TXS | 4 | 03-4831 | *Terri A. Thomson v. Wyeth, et al.* |
| PAE | 2 | 04-26598 | TXS | 4 | 03-4842 | *Leticia Velasquez v. Wyeth, et al.* |
| PAE | 2 | 04-26599 | TXS | 4 | 03-4843 | *Dorothy M. Bremer v. Wyeth* |
| PAE | 2 | 04-26417 | TXS | 4 | 03-4845 | *Robin L. Hardwicke v. Wyeth* |
| PAE | 2 | 04-26418 | TXS | 4 | 03-4855 | *Joseph W. Gravelding v. Wyeth, et al.* |
| PAE | 2 | 05-20611 | TXS | 4 | 03-4906 | *Robert A. Gulley v. Wyeth, et al.* |
| PAE | 2 | -0 | TXS | 4 | 03-4916 | *Karen M. Aguilar v. Wyeth, et al.* |
| PAE | 2 | 05-20410 | TXS | 4 | 03-4927 | *Katherine Doss v. Wyeth* |
| PAE | 2 | 04-26419 | TXS | 4 | 03-4930 | *Karolynn K. Cavanaugh v. Wyeth* |
| PAE | 2 | 04-26420 | TXS | 4 | 03-4932 | *Shelby Kyle v. Wyeth* |
| PAE | 2 | 04-26421 | TXS | 4 | 03-4934 | *Linda K. Hollie v. Wyeth* |
| PAE | 2 | 04-26422 | TXS | 4 | 03-4935 | *Leslie R. Burton v. Wyeth* |
| PAE | 2 | 04-26423 | TXS | 4 | 03-4936 | *Peggy S. Hartnett v. Wyeth* |
| PAE | 2 | 04-26424 | TXS | 4 | 03-4937 | *Dorothy B. Ciccarelli v. Wyeth* |
| PAE | 2 | 04-26425 | TXS | 4 | 03-4938 | *Kathy D. Brownlee v. Wyeth* |
| PAE | 2 | 04-26426 | TXS | 4 | 03-4939 | *Michele Livesay v. Wyeth* |
| PAE | 2 | 04-26427 | TXS | 4 | 03-4942 | *Carolyn A. Rolls v. Wyeth* |
| PAE | 2 | 04-26428 | TXS | 4 | 03-4943 | *Sharon L. Tessena v. Wyeth* |
| PAE | 2 | 04-26429 | TXS | 4 | 03-4944 | *Marguerite Hammond v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-4945 | *Patricia G. Skarpa v. Wyeth* |
| PAE | 2 | 04-26483 | TXS | 4 | 03-4946 | *Ron W. Wills v. Wyeth* |
| PAE | 2 | 04-26482 | TXS | 4 | 03-4947 | *Teri L. Erwin v. Wyeth* |
| PAE | 2 | 04-26481 | TXS | 4 | 03-4948 | *Helen J. Daglas v. Wyeth* |
| PAE | 2 | 04-26480 | TXS | 4 | 03-4949 | *Deborah L. Kumar-Misir v. Wyeth* |
| PAE | 2 | 04-26475 | TXS | 4 | 03-4950 | *Robert W. Chapman v. Wyeth* |

- 11 -

**MDL-1203 Attachment B (Continued)**

| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
|-------|------|---------|-------|------|---------|--------------|
| PAE | 2 | 04-26474 | TXS | 4 | 03-4952 | *Dell Bryant v. Wyeth* |
| PAE | 2 | 04-26473 | TXS | 4 | 03-4954 | *Majorie R. Cruey v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-4955 | *Shelia A. Hymel v. Wyeth* |
| PAE | 2 | 04-26471 | TXS | 4 | 03-4956 | *Mildred D. Cade v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-4957 | *Shackqueline C. Garrett v. Wyeth* |
| PAE | 2 | 04-26484 | TXS | 4 | 03-4958 | *Ann L. Smith v. Wyeth* |
| PAE | 2 | 04-26489 | TXS | 4 | 03-4959 | *Ann Branch v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-5001 | *Tamara G. Lewis v. Wyeth* |
| PAE | 2 | 04-26487 | TXS | 4 | 03-5002 | *Sharon M. Jones v. Wyeth* |
| PAE | 2 | 04-26486 | TXS | 4 | 03-5003 | *Helen Stipe v. Wyeth* |
| PAE | 2 | 04-26491 | TXS | 4 | 03-5006 | *Tina M. Mikes v. Wyeth* |
| PAE | 2 | 04-26490 | TXS | 4 | 03-5007 | *Patricia A. Kudlacek v. Wyeth* |
| PAE | 2 | 04-26494 | TXS | 4 | 03-5008 | *Clara L. Vice v. Wyeth* |
| PAE | 2 | 04-20665 | TXS | 4 | 03-5009 | *Gregory W. Jaolwy v. Wyeth* |
| PAE | 2 | 04-26493 | TXS | 4 | 03-5010 | *Debbie White v. Wyeth* |
| PAE | 2 | 04-26492 | TXS | 4 | 03-5011 | *Sharon K. Gray v. Wyeth* |
| PAE | 2 | 04-26496 | TXS | 4 | 03-5012 | *Keith W. Seago v. Wyeth* |
| PAE | 2 | 04-26495 | TXS | 4 | 03-5013 | *Caroline D. Kelly v. Wyeth* |
| PAE | 2 | 04-26513 | TXS | 4 | 03-5014 | *Thelma A. Lopez v. Wyeth* |
| PAE | 2 | 04-26514 | TXS | 4 | 03-5015 | *Brenda N. Black v. Wyeth* |
| PAE | 2 | 04-26515 | TXS | 4 | 03-5016 | *Carolyn D. Varnado v. Wyeth* |
| PAE | 2 | 04-26516 | TXS | 4 | 03-5017 | *Bernadette Barron v. Wyeth* |
| PAE | 2 | 04-26517 | TXS | 4 | 03-5019 | *Linda L. Hoffmann v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-5020 | *Phyllis A. Santos v. Wyeth* |
| PAE | 2 | 04-26519 | TXS | 4 | 03-5048 | *Clarissa M. Hoover v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-5049 | *Kathryn A. Pruner v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-5050 | *Deborah A. Cleven v. Wyeth* |
| PAE | 2 | 04-26522 | TXS | 4 | 03-5051 | *Catheryn R. Ruiz v. Wyeth* |
| PAE | 2 | 04-26523 | TXS | 4 | 03-5052 | *Nancy Hurlbut v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-5053 | *Geraldine Brock v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-5054 | *Louticia W. Filla v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-5056 | *Shari L. Schultz v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-5057 | *Peggy P. Ruiz v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-5058 | *Betty J. Carroll v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-5059 | *Judy A. Reitz v. Wyeth* |
| PAE | 2 | 04-26611 | TXS | 4 | 03-5060 | *Elma M. Gonzalez v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-5061 | *Nancy B. Hammerle v. Wyeth* |
| PAE | 2 | 04-26613 | TXS | 4 | 03-5062 | *Juana B. Castaneda v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-5064 | *Caroline M. Smith v. Wyeth, et al.* |
| PAE | 2 | 04-26615 | TXS | 4 | 03-5065 | *Ellen J. McDonald v. Wyeth* |
| PAE | 2 | 04-26616 | TXS | 4 | 03-5066 | *Ben L. Hammerle v. Wyeth* |
| PAE | 2 | 04-26617 | TXS | 4 | 03-5067 | *Janet M. Jackson v. Wyeth, et al.* |
| PAE | 2 | 04-26618 | TXS | 4 | 03-5068 | *Patricia Ross v. Wyeth, et al.* |

- 12 -

**MDL-1203 Attachment B (Continued)**

| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
|-------|------|---------|-------|------|---------|--------------|
| PAE | 2 | 04-26619 | TXS | 4 | 03-5101 | *Elizabeth C. Cunningham v. Wyeth* |
| PAE | 2 | 04-26620 | TXS | 4 | 03-5102 | *Cherry L. Patterson v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-5103 | *Susan Draeger v. Wyeth* |
| PAE | 2 | 04-26624 | TXS | 4 | 03-5104 | *Carolyn E. Perry v. Wyeth* |
| PAE | 2 | 04-26625 | TXS | 4 | 03-5105 | *Martha S. Guidry v. Wyeth* |
| PAE | 2 | 04-26626 | TXS | 4 | 03-5106 | *Amy F. Tomlinson v. Wyeth* |
| PAE | 2 | 04-26627 | TXS | 4 | 03-5107 | *Clara J. Bane v. Wyeth* |
| PAE | 2 | 04-26628 | TXS | 4 | 03-5109 | *Sandy C. Martin v. Wyeth* |
| PAE | 2 | 04-26629 | TXS | 4 | 03-5110 | *Cynthia L. Crawford v. Wyeth* |
| PAE | 2 | 04-26630 | TXS | 4 | 03-5111 | *Tishie L. Moye v. Wyeth* |
| PAE | 2 | 04-26631 | TXS | 4 | 03-5113 | *Ruth Harris v. Wyeth* |
| PAE | 2 | 04-26632 | TXS | 4 | 03-5114 | *Emma R. Simon v. Wyeth* |
| PAE | 2 | -0 | TXS | 4 | 03-5115 | *Ginger R. Morrow-Williamson v. Wyeth* |
| PAE | 2 | 04-26391 | TXS | 4 | 03-5117 | *Terry L. Smith v. Wyeth* |
| PAE | 2 | 04-26392 | TXS | 4 | 03-5118 | *Sue E. Pierce v. Wyeth* |
| PAE | 2 | 04-26393 | TXS | 4 | 03-5119 | *Jose A. Benavidez v. Wyeth* |
| PAE | 2 | 04-26394 | TXS | 4 | 03-5120 | *Sandra Tilton v. Wyeth* |
| PAE | 2 | 04-26395 | TXS | 4 | 03-5121 | *Deborah A. Barnes v. Wyeth* |
| PAE | 2 | 04-26396 | TXS | 4 | 03-5122 | *Amanda A. Stewart v. Wyeth* |
| PAE | 2 | 04-26397 | TXS | 4 | 03-5123 | *Hilda T. Armendarez v. Wyeth* |
| PAE | 2 | 04-26398 | TXS | 4 | 03-5142 | *Helen L. Jordan v. Wyeth* |
| PAE | 2 | 04-26399 | TXS | 4 | 03-5143 | *Virginia M. Pittington v. Wyeth, et. al.* |
| PAE | 2 | 04-26400 | TXS | 4 | 03-5144 | *Linda Bennett v. Wyeth* |
| PAE | 2 | 04-26401 | TXS | 4 | 03-5145 | *Pattie L. Rainwater v. Wyeth* |
| PAE | 2 | 04-26402 | TXS | 4 | 03-5146 | *Wendy B. Songy v. Wyeth* |
| PAE | 2 | 04-26403 | TXS | 4 | 03-5147 | *Cathy M. Poore v. Wyeth* |
| PAE | 2 | 04-26404 | TXS | 4 | 03-5148 | *Donna L. Jewell v. Wyeth* |
| PAE | 2 | 04-26406 | TXS | 4 | 03-5151 | *Donna K. Anderson v. Wyeth* |
| PAE | 2 | 04-26661 | TXS | 4 | 03-5152 | *Kimberly K. Kammerer v. Wyeth* |
| PAE | 2 | 04-26407 | TXS | 4 | 03-5163 | *Jackqulyn Bodenstedt v. Wyeth, et. al.* |
| PAE | 2 | 04-26408 | TXS | 4 | 03-5164 | *Roxanne Shumate v. Wyeth* |
| PAE | 2 | 04-26409 | TXS | 4 | 03-5165 | *Sharon Hagewwod v. Wyeth* |
| PAE | 2 | 04-26410 | TXS | 4 | 03-5166 | *Debbie L. Standley v. Wyeth* |
| PAE | 2 | 04-26411 | TXS | 4 | 03-5167 | *Elida M. Jimenez v. Wyeth* |
| PAE | 2 | 04-26412 | TXS | 4 | 03-5168 | *Dolores A. Taylor v. Wyeth, et. al.* |
| PAE | 2 | 04-26413 | TXS | 4 | 03-5169 | *Joni E. Carlisle v. Wyeth* |
| PAE | 2 | 04-20660 | TXS | 4 | 03-5170 | *Suzanne E. Myers v. Wyeth* |
| PAE | 2 | 04-26414 | TXS | 4 | 03-5171 | *Lori C. Brayer v. Wyeth* |
| PAE | 2 | 04-26415 | TXS | 4 | 03-5172 | *Beverly J. Spacek v. Wyeth, et. al.* |
| PAE | 2 | 04-26416 | TXS | 4 | 03-5173 | *Maxine R. Marvin v. Wyeth* |
| PAE | 2 | 04-26498 | TXS | 4 | 03-5175 | *Candis Marie Dixon v. Wyeth, et. al.* |
| PAE | 2 | 04-26499 | TXS | 4 | 03-5177 | *Donna L. Hawks v. Wyeth* |
| PAE | 2 | 04-26501 | TXS | 4 | 03-5202 | *Susan G. Kelley v. Wyeth* |

- 13 -

**MDL-1203 Attachment B (Continued)**

| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
|-------|------|---------|-------|------|---------|--------------|
| PAE | 2 | 04-26502 | TXS | 4 | 03-5203 | *Lynda Hamilton v. Wyeth* |
| PAE | 2 | 04-26503 | TXS | 4 | 03-5204 | *Jennifer K. Halliday v. Wyeth, et. al.* |
| PAE | 2 | 04-26504 | TXS | 4 | 03-5205 | *Reynalda Perez v. Wyeth* |
| PAE | 2 | 04-26505 | TXS | 4 | 03-5206 | *Judy A. Rowell v. Wyeth* |
| PAE | 2 | 04-26506 | TXS | 4 | 03-5207 | *Terrie L. Green v. Wyeth* |
| PAE | 2 | 04-26507 | TXS | 4 | 03-5208 | *Patricia Moody v. Wyeth* |
| PAE | 2 | 04-26508 | TXS | 4 | 03-5209 | *Inez Henderson v. Wyeth* |
| PAE | 2 | 04-26509 | TXS | 4 | 03-5211 | *Patricia A. McMillan v. Wyeth* |
| PAE | 2 | 04-26510 | TXS | 4 | 03-5213 | *Judy C. Perkins v. Wyeth, et. al.* |
| PAE | 2 | 04-26511 | TXS | 4 | 03-5214 | *Carolyn J. Sawyer v. Wyeth, et. al.* |
| PAE | 2 | 04-26512 | TXS | 4 | 03-5254 | *Chandra R. Jackson v. Wyeth* |
| PAE | 2 | 04-26457 | TXS | 4 | 03-5256 | *Jessica Hamblin v. Wyeth* |
| PAE | 2 | 04-26456 | TXS | 4 | 03-5257 | *Christi D. Heinrich v. Wyeth* |
| PAE | 2 | 04-26455 | TXS | 4 | 03-5258 | *Geraldine M. Kinard v. Wyeth* |
| PAE | 2 | 04-26454 | TXS | 4 | 03-5259 | *Cheryl L. Garza v. Wyeth, et. al.* |
| PAE | 2 | 04-26458 | TXS | 4 | 03-5260 | *Brenda Ballard v. Wyeth, et. al.* |
| PAE | 2 | 04-26322 | TXS | 4 | 03-5261 | *Linda Sullivan v. Wyeth, et. al.* |
| PAE | 2 | 04-26326 | TXS | 4 | 03-5262 | *Portia Holley v. Wyeth* |
| PAE | 2 | 04-26445 | TXS | 4 | 03-5263 | *Florence L. Perkins v. Wyeth* |
| PAE | 2 | 04-26444 | TXS | 4 | 03-5264 | *Anna Maria Mitchem v. Wyeth, et. al.* |
| PAE | 2 | 04-26332 | TXS | 4 | 03-5265 | *JoAnn Chandler v. Wyeth* |
| PAE | 2 | 04-26334 | TXS | 4 | 03-5266 | *Terri L. Silva v. Wyeth, et. al.* |
| PAE | 2 | 04-26333 | TXS | 4 | 03-5267 | *Neil J. Valsecchi v. Wyeth* |
| PAE | 2 | 04-26361 | TXS | 4 | 03-5268 | *Gerry McDaniel v. Wyeth* |
| PAE | 2 | 04-26452 | TXS | 4 | 03-5269 | *Josephine Claiborn v. Wyeth* |
| PAE | 2 | 04-26451 | TXS | 4 | 03-5270 | *Patricia J. Beyer v. Wyeth* |
| PAE | 2 | 04-26450 | TXS | 4 | 03-5271 | *Helen F. Perkins v. Wyeth, et. al.* |
| PAE | 2 | -0 | TXS | 4 | 03-5272 | *Stacy M. Cooper v. Wyeth* |
| PAE | 2 | 04-26448 | TXS | 4 | 03-5273 | *Chris P. Pope v. Wyeth* |
| PAE | 2 | 04-26447 | TXS | 4 | 03-5274 | *Leanice Robinson v. Wyeth* |
| PAE | 2 | 04-26446 | TXS | 4 | 03-5276 | *Claudette Turney v. Wyeth* |
| PAE | 2 | 04-29841 | TXS | 4 | 03-5459 | *Joyce M. Borowiak v. Wyeth, et al.* |
| PAE | 2 | 04-26470 | TXS | 4 | 03-5553 | *Bob Norton v. Wyeth* |
| PAE | 2 | 04-26469 | TXS | 4 | 03-5554 | *Lorene E. Copeland, et. al. v. Wyeth* |
| PAE | 2 | 04-26468 | TXS | 4 | 03-5555 | *Devlen G. Kravanek v. Wyeth* |
| PAE | 2 | 04-26467 | TXS | 4 | 03-5556 | *Brenda S. Fisher-Scott v. Wyeth* |
| PAE | 2 | 04-26466 | TXS | 4 | 03-5557 | *Yvonne N. Garcia v. Wyeth* |
| PAE | 2 | 04-26465 | TXS | 4 | 03-5559 | *Peter Phucus v. Wyeth, et al.* |
| PAE | 2 | 04-26464 | TXS | 4 | 03-5560 | *Connie D. Luedke v. Wyeth, et al.* |
| PAE | 2 | 04-26463 | TXS | 4 | 03-5561 | *Sharon A. McDonough v. Wyeth, et al.* |
| PAE | 2 | 04-26462 | TXS | 4 | 03-5562 | *Margaret E. Baxley-Gibbons v. Wyeth, et al.* |
| PAE | 2 | 04-26461 | TXS | 4 | 03-5636 | *Stephanie R. Mattix v. Wyeth, et al.* |

- 14 -

**MDL-1203 Attachment B (Continued)**

| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
|-------|------|---------|-------|------|---------|--------------|
| PAE | 2 | 04-26460 | TXS | 4 | 03-5637 | Gail A. Rideaux v. Wyeth, et al. |
| PAE | 2 | 04-26459 | TXS | 4 | 03-5638 | Shirley R. Haynes v. Wyeth, et al. |
| PAE | 2 | -0- | TXS | 4 | 03-5639 | Debra M. Davison v. Wyeth, et al. |
| PAE | 2 | 04-26453 | TXS | 4 | 03-5640 | Charlotte A. Popham v. Wyeth, et al. |
| PAE | 2 | 04-20591 | TXS | 4 | 03-5644 | Paul B. Kisinger v. Wyeth, et al. |
| PAE | 2 | 04-26865 | TXS | 4 | 04-77 | Carol A. Rose v. Wyeth |
| PAE | 2 | 04-29843 | TXS | 4 | 04-432 | Sharon L. Freeman v. Wyeth, et al. |
| PAE | 2 | 04-29844 | TXS | 4 | 04-1121 | Ronald F. Deane v. Wyeth |
| PAE | 2 | 04-27316 | TXS | 4 | 04-1122 | Clara M. Edmond v. Wyeth, et al. |
| PAE | 2 | 04-29845 | TXS | 4 | 04-1123 | Donna M. Angell v. Wyeth, et al. |
| PAE | 2 | 04-29846 | TXS | 4 | 04-1129 | Patricia J. Crowthers v. Wyeth, et al. |
| PAE | 2 | 04-29860 | TXS | 4 | 04-1130 | Tery J. Enderle v. Wyeth, et al. |
| PAE | 2 | 04-26896 | TXS | 4 | 04-1131 | Adam G. Guzman v. Wyeth, et al. |
| PAE | 2 | 04-26897 | TXS | 4 | 04-1134 | Barbara Jefferson-Jackson v. Wyeth, et al. |
| PAE | 2 | 04-26898 | TXS | 4 | 04-1135 | Jennifer B. Berry v. Wyeth, et al. |
| PAE | 2 | 04-26899 | TXS | 4 | 04-1136 | Fristina S. Fett v. Wyeth, et al. |
| PAE | 2 | -0- | TXS | 4 | 04-1137 | Corey T. Joseph v. Wyeth, et al. |
| PAE | 2 | 04-26900 | TXS | 4 | 04-1158 | Loyce Burger v. Wyeth, et al. |
| PAE | 2 | 04-26901 | TXS | 4 | 04-1159 | Troy A. Flores v. Wyeth, et al. |
| PAE | 2 | -0- | TXS | 4 | 04-1160 | Robert W. Britt v. Wyeth, et al. |
| PAE | 2 | 04-29848 | TXS | 4 | 04-1161 | Laneisha R. Davis v. Wyeth, et al. |
| PAE | 2 | 04-29849 | TXS | 4 | 04-1162 | Gwendolyn S. Gonyer v. Wyeth, et al. |
| PAE | 2 | 04-29859 | TXS | 4 | 04-1500 | Terri L. Garza v. Wyeth, et al. |
| PAE | 2 | 04-29858 | TXS | 4 | 04-1501 | Karina J. Metsers v. Wyeth, et al. |
| PAE | 2 | 04-26904 | TXS | 4 | 04-1569 | Melda Cirilo v. Wyeth, et al. |
| PAE | 2 | 04-26863 | TXS | 4 | 04-1570 | Sandra G. Hinshaw v. Wyeth, et al. |
| PAE | 2 | 04-26905 | TXS | 4 | 04-1571 | Rose M. Flores v. Wyeth, et al. |
| PAE | 2 | 04-26906 | TXS | 4 | 04-1572 | Carolyn S. Springer v. Wyeth, et al. |
| PAE | 2 | 04-26907 | TXS | 4 | 04-1573 | Dina M. Gallegos v. Wyeth, et al. |
| PAE | 2 | 04-26908 | TXS | 4 | 04-1574 | Sandy Gentry v. Wyeth, et al. |
| PAE | 2 | 04-26864 | TXS | 4 | 04-1605 | Sherrie L. Fontenot v. Wyeth, et al. |
| PAE | 2 | 04-29853 | TXS | 4 | 04-1606 | Neva H. Conner v. Wyeth, et al. |
| PAE | 2 | 04-27317 | TXS | 4 | 04-1610 | Elvia Aguirre, et al. v. Wyeth |
| PAE | 2 | 04-27318 | TXS | 4 | 04-1670 | Blanca Soliz v. Wyeth |
| PAE | 2 | -0- | TXS | 4 | 04-1671 | Melissa Areingdale, et al. v. Wyeth |
| PAE | 2 | 04-27182 | TXS | 4 | 04-1763 | Juana B. Kennedy v. Wyeth |
| PAE | 2 | 03-20446 | TXS | 5 | 03-53 | Nancy Bejarano v. Wyeth, et al. |
| PAE | 2 | 04-21669 | TXS | 5 | 03-140 | Stacy L. Radke, et. al. v. Wyeth, et. al. |
| PAE | 2 | 04-23156 | TXS | 6 | 03-112 | Ruby Estes, et. al. v. Wyeth, et. al. |
| PAE | 2 | 04-23155 | TXS | 6 | 03-113 | Norma Trevino v. Wyeth, et. al. |
| PAE | 2 | 04-23154 | TXS | 6 | 03-114 | Frances E. Velasquez v. Wyeth, et. al. |
| PAE | 2 | 05-20248 | TXS | 6 | 04-34 | Mary B. Flores, et al. v. Wyeth, et al. |
| PAE | 2 | 03-20100 | TXS | 7 | 02-528 | Lucidio Garza v. Wyeth, et al. |

- 15 -

**MDL-1203 Attachment B (Continued)**

| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
|-------|------|---------|-------|------|---------|--------------|
| PAE | 2 | 04-25833 | TXS | 7 | 03-240 | *Karen A. Briscoe, et. al. v. Wyeth, et. al.* |
| PAE | 2 | 04-23770 | TXS | 7 | 03-282 | *Sheri Rowland, et. al. v. Wyeth, et. al.* |
| PAE | 2 | 03-20146 | TXW | 1 | 03-54 | *Cheryl McCurdy v. Wyeth, et al.* |
| PAE | 2 | 04-20180 | TXW | 1 | 03-648 | *Angel D. Turner v. Wyeth, et al.* |
| PAE | 2 | -0 | TXW | 1 | 03-703 | *Karen Gracey v. Wyeth, et al.* |
| PAE | 2 | -0 | TXW | 1 | 03-739 | *Rhonda K. Pavelka v. Wyeth, et al.* |
| PAE | 2 | 04-21907 | TXW | 1 | 04-139 | *Bonnie Becker, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-26837 | TXW | 1 | 04-282 | *Sherri S. Rowe v. Wyeth, et al.* |
| PAE | 2 | -0 | TXW | 1 | 04-290 | *Barbara J. Barker, et al. v. Wyeth* |
| PAE | 2 | 04-26808 | TXW | 1 | 04-306 | *Denise Williams v. Wyeth, et al.* |
| PAE | 2 | 04-26807 | TXW | 1 | 04-307 | *Debra May v. Wyeth, et al.* |
| PAE | 2 | 04-27320 | TXW | 1 | 04-323 | *Barbara J. Barker, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20179 | TXW | 3 | 03-379 | *Brenda F. Barber v. Wyeth, et al.* |
| PAE | 2 | 04-20198 | TXW | 5 | 03-873 | *Maralene R. Anderson v. Wyeth, et al.* |
| PAE | 2 | -0 | TXW | 5 | 03-915 | *Frankie L. Robinson v. Wyeth, et al.* |
| PAE | 2 | -0 | TXW | 5 | 03-929 | *Janet A. Allen-Shapiro, et al. v. Wyeth, et al.* |
| PAE | 2 | -0 | TXW | 5 | 03-1009 | *Ira Ann Durden, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-21668 | TXW | 5 | 04-135 | *Carolyn A. Hunter, et al. v. Wyeth, et al.* |
| PAE | 2 | -0 | TXW | 5 | 04-360 | *Steven P. Chandler v. Wyeth* |
| PAE | 2 | 03-20388 | TXW | 6 | 03-127 | *Ruth Spence v. Wyeth, et al.* |
| PAE | 2 | 04-20818 | TXW | 6 | 03-280 | *Deeann Avalos, et al. v. Wyeth, et al.* |
| PAE | 2 | 04-20764 | TXW | 6 | 03-281 | *Brenda K. Owen v. Wyeth, et al.* |
| PAE | 2 | 04-20765 | TXW | 6 | 03-283 | *Vurlee Brown, et al. v. Wyeth, et al.* |
| PAE | 2 | 03-20434 | TXW | 7 | 03-107 | *Patricia Geers v. Wyeth, et al.* |
| PAE | 2 | 04-21537 | TXW | 7 | 03-146 | *Azure R. Dodson, et al. v. Wyeth, Inc., et al.* |
| PAE | 2 | 03-20582 | VAE | 4 | 03-83 | *Doris W. Hamm v. Wyeth Pharmaceuticals, Inc., et al.* |
| PAE | 2 | -0 | WAE | 2 | 04-5044 | *Vera Robbins v. Wyeth* |

RULE 16.1:    HEARING SESSIONS AND ORAL ARGUMENT

(a)    Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)    Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)    No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

(i)    the dispositive issue(s) have been authoritatively decided; or

(ii)    the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)    In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)    Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)    Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)    Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.