CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01550-JEI
### Internal Use Only

In Re: Combustion Engineer v.
Assigned to: Honorable Joseph E. Irenas
Demand: $0
Cause: 28:0158 Bankruptcy Appeal from Judgment/Order

Date Filed: 12/22/2004
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Debtor**

**Combustion Engineering Inc.**     represented by   **Curtis A. Hehn**
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
Email: chehn@pszyjw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellant**

**TIG Insurance Co.**     represented by   **Brian Lucian Kasprzak**
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE 19801
(302) 658-6538
Email: bkasprzak@mooclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellant**

**The North River Insurance Company**     represented by   **Brian Lucian Kasprzak**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Combustion Engineering Inc.**     represented by   **Curtis A. Hehn**
(See above for address)

                                                LEAD ATTORNEY
                                                ATTORNEY TO BE NOTICED

**Appellee**

**Basic Inc.**                              represented by  **John C. Phillips, Jr.**
                                                                Phillips, Goldman & Spence, P.A.
                                                                1200 North Broom Street
                                                                Wilmington, DE 19806
                                                                (302) 655-4200
                                                                Email: jcp@pgslaw.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2004 | 1 | NOTICE OF APPEAL by TIG Insurance Co., North River Ins. of the Orders of the Bankruptcy Court entered on 7/19/04 signed by The Hon. Judith K. Fitzgerald. (els) (Entered: 12/23/2004) |
| 12/22/2004 | | **Remove appeal flag - no further appeals pending (els) (Entered: 12/23/2004) |
| 12/23/2004 | 2 | NOTICE of docketing bankruptcy record on appeal. (els) Modified on 12/23/2004 (Entered: 12/23/2004) |
| 01/03/2005 | 3 | CASE assigned to Judge Joseph E. Irenas . Notice to all parties. (dcap) (Entered: 01/03/2005) |
| 01/11/2005 | | Case refered to mediation. (els) (Entered: 01/11/2005) |
| 01/24/2005 | | Case removed from mediation. (maw) Modified on 01/24/2005 (Entered: 01/24/2005) |
| 01/31/2005 | 4 | MOTION by TIG Insurance Co., North River Ins. with Proposed Order for Jonathan H. Pittman, Carter G. Phillips, and Jennifer R. Devery to Appear Pro Hac Vice ; PHV fee paid for three admittees; receipt # 137919. (bkb) (Entered: 02/02/2005) |
| 02/07/2005 | | So Ordered (2/3/05) granting [4-1] motion for Jonathan H. Pittman, Carter G. Phillips, and Jennifer R. Devery to Appear Pro Hac Vice ( signed by Judge Joseph E. Irenas ) Notice to all parties. (bkb) (Entered: 02/07/2005) |
| 02/24/2005 | | Minute Entry for proceedings held before Judge Joseph E. Irenas : Oral Argument held on 2/24/2005 re appeal by TIG Insurance, Co., et al. of 7/19/04 Bankruptcy Court order entered by the Honorable Judith K. Fitzgerald; DECISION RESERVED. (Court Reporter Theodore Formaroli, CSR.) (bkb, ) (Entered: 03/02/2005) |
| 03/01/2005 | 5 | Letter to Mr. Blackwell (Deputy Clerk; USDC-DE) from Denise Howard (Deputy Clerk; USDC-NJ) regarding minute sheet for proceeding before Judge Irenas. (bkb, ) (Entered: 03/02/2005) |

| | | |
|---|---|---|
| 04/13/2005 | 6 | SEALED TRANSCRIPT of hearing held on 2/24/05 before Judge Rodriguez. Court Reporter: Theodore M. Formaroli. (Transcript on file in Clerk's Office) (bkb, ) (Entered: 04/13/2005) |
| 04/21/2005 | 9 | SEALED OPINION affirming Bankruptcy Court ruling. Signed by Judge Joseph E. Irenas on 4/21/05. (bkb, ) Additional attachment(s) added on 4/22/2005 (bkb, ). Modified on 4/22/2005--see correcting entry below (bkb, ). Modified on 4/22/2005 (bkb, ). (Entered: 04/22/2005) |
| 04/21/2005 | 8 | ORDER re [7] Opinion and [1] Notice of Appeal filed by TIG Insurance Co., The North River Insurance Company; AFFIRMING THE BANKRUPTCY COURT'S GRANT OF SUMMARY JUDGMENT FOR DEFENDANTS. . Signed by Judge Joseph E. Irenas on 4/21/05. (bkb, ) (Entered: 04/22/2005) |
| 04/21/2005 | | CASE CLOSED (bkb, ) (Entered: 04/22/2005) |
| 04/22/2005 | | CORRECTING ENTRY: OPINION dated 4/21/05 was originally docketed as DI 7 and not under seal; per chambers opinion has been placed under seal; due to editing the docket number assigned to the opinion is now DI 9. (bkb, ) (Entered: 04/22/2005) |