UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>COMBUSTION ENGINEERING, INC.<br><br>                Debtor.<br><br>TIG INSURANCE COMPANY (solely as successor by merger to International Insurance Company), and THE NORTH RIVER INSURANCE COMPANY,<br><br>                Plaintiffs,<br>    v.<br><br>COMBUSTION ENGINEERING, INC., and BASIC, INC.,<br><br>                Defendants. | HONORABLE JOSEPH E. IRENAS<br>CIVIL ACTION<br>NO. 04-1550 (JEI)<br>BANKRUPTCY NO. 03-10495 (JKF)<br>ADVERSARY PROC. NO. 03-53076<br><br>**ORDER AFFIRMING THE BANKRUPTCY COURT'S GRANT OF SUMMARY JUDGMENT FOR DEFENDANTS** |

**Appearances:**
MARKS, O'NEILL, O'BRIAN AND COURTNEY, P.C.
BY: Brian L. Kasprzak, Esq.
913 North Market Street, Suite 800
Wilmington, Delaware  19801

CROWELL & MORING LLP
BY: Jonathan H. Pittman, Esq.
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595

SIDLEY AUSTIN BROWN & WOOD LLP
BY: Carter Phillips, Esq.
1501 K Street
Washington, D.C.  20005

                Counsel for Plaintiffs.

KIRKLAND & ELLIS LLP
BY: Lisa G. Esayian, Esq.
200 East Randolph Drive
Chicago, Illinois 60601-6636

       Counsel for Defendant Basic, Inc.

KIRKPATRICK & LOCKHART LLP
BY: Philip H. Hecht, Esq.
1800 Massachusetts Avenue, N.W.
Washington, D.C.  20036

       Counsel for Defendant Combustion Engineering, Inc.

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WIENTRAUB P.C.
BY: Michael P. Migloire, Esq.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

       Counsel for Defendants Combustion Engineering,
       Inc., and Basic, Inc.

GILBERT HEINTZ & RANDOLPH LLP
BY: Jonathan M. Cohen, Esq.
1100 New York Avenue, N.W., Suite 700
Washington, D.C.  2005

       Counsel for Future Claimants.


**IRENAS**, Senior District Judge:[1]

    This matter having appeared before the Court upon the appeal of Plaintiffs TIG Insurance Company and the North River Insurance Company, the Court having considered the submissions of the parties, and having heard oral argument on February 24, 2005, for

---

[1] By Order on December 8, 2004, Chief Judge Anthony J. Scirica of the United States Court of the Appeals designated and assigned Judge Irenas to sit on the United States District Court for the District of Delaware in this matter.

the reasons set forth in an Opinion issued by this Court, which findings of fact and conclusions of law are incorporated herein by reference, and for good cause appearing;

**IT IS** on this __21st__ day of April, 2005,

**ORDERED THAT:**

The Bankruptcy Court's Order Granting Summary Judgment for Combustion Engineering, Inc., and Basic, Inc., is **AFFIRMED**.

s/Joseph E. Irenas
JOSEPH E. IRENAS
Senior United States District Judge