**Bifferato Gentilotti Biden**

Vincent A. Bifferato, Jr.
Ian Connor Bifferato
Jeffrey M. Gentilotti
Joseph R. Biden, III
David A. Denham
Veronica O. Faust
Catherine Zwolak Kilian
Joseph K. Koury
George T. Lees, III
Garvan F. McDaniel

Alternative Dispute Resolution
———
Vincent A. Bifferato
William Swain Lee
Carl Schnee
———

Writer's Email Address:
jkk@bgbde.com
Reply to: Wilmington

May 26, 2005

**BY E-FILE & HAND**
The Honorable Sue L. Robinson
Chief Judge
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    *Zurich Specialties London Limited, Faraday Capital Limited for and on Behalf of Syndicate 435 and all Other Underwriters at Lloyds Subscribing to Policy No. 509/QB414902, and AIG Europe (UK) Limited v. Fleming Companies, Inc., Mark Hansen, Neal Rider, Mark D. Shapiro, Thomas Dahlen, E. Stephen Davis, Phil Murphy, Al Abbood, Herbert M. Baum, Kenneth M. Duberstein, Archie R. Dykes, Carol B. Hallett, Robert S. Hamada, Alice M. Peterson, Carlos M. Hernandez, Edward C. Joulllian, III, and Guy A. Osborn*
           **Civil Action No. 05-91**
           **Related Bankr. Case No. 03-10945 (MFW), Adv. Case No. 04-57510 (MFW)**

Dear Chief Judge Robinson:

    This firm, along with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, is counsel to the plaintiffs in the above-referenced proceeding. I write with respect to a *Motion to Withdraw the Reference* transmitted from the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and docketed by this Court on or about February 17, 2005, and specifically with regard to the Court's request for a status report.

    As the Court may recall, the *Motion to Withdraw the Reference* is one of many motions which the defendants jointly filed in the Bankruptcy Court at or about the same time. Subsequent to the filing of the motion, however, and at about the same time that the motion was transferred to this Court, the parties agreed to hold in abeyance the briefing and prosecution of all motions pending in

Bifferato, Gentilotti & Biden, P.A.
www.bgbde.com

200 Biddle Avenue
Suite 203
Newark, DE 19702
Phone: 302 - 429 - 1900
Fax: 302 - 832 - 7540

1308 Delaware Avenue
Wilmington, DE 19806
P.O. Box 2165
Wilmington, DE 19899 - 2165
Phone: 302 - 429 - 1900
Fax: 302 - 429 - 8600

701 Rehoboth Avenue
Rehoboth Beach, DE 19971
Phone: 302 - 227- 6600
Toll Free: 866 - 618 - 2433
Fax: 302 - 227- 6778

Bifferato, Gentilotti & Biden, P.A.

The Honorable Sue L. Robinson
May 26, 2005
Page Two

the Bankruptcy Court except a *Motion to Stay*, subject to the Bankruptcy Court's adjudication of the stay motion.

Perhaps more importantly, we now understand that the parties are very close to settlement of the underlying matter that is the subject of the complaint filed in the Bankruptcy Court. We are presently awaiting confirmation of the settlement, and we would be happy to give the Court periodic updates, with a suggested beginning time of 30 days from the forwarding of this letter. Absent a confirmed settlement, it is still our understanding that the *Motion to Stay* will be determined before the *Motion to Withdraw the Reference*; we therefore respectfully request that the *Motion to Withdraw the Reference* continue to be held in abeyance until that time.

We are available at the Court's convenience to discuss this matter should it have any questions or concerns.

Respectfully,

Joseph K. Koury

cc:  Etta R. Wolfe, Esq. (by hand)
     Louis J. Rizzo, Jr., Esq. (by hand)