# Bifferato Gentilotti Biden

Vincent A. Bifferato, Jr.
Ian Connor Bifferato
Jeffrey M. Gentilotti
Joseph R. Biden, III
David A. Denham
Veronica O. Faust
Catherine Zwolak Kilian
Joseph K. Koury
George T. Lees, III
Garvan F. McDaniel

Alternative Dispute Resolution
—
Vincent A. Bifferato
William Swain Lee
Carl Schnee
—

Writer's Email Address:
jkk@bgbde.com
Reply to: Wilmington

June 24, 2005

**BY E-FILE & HAND**
The Honorable Sue L. Robinson
Chief Judge
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

> Re:   *Zurich Specialties London Limited, Faraday Capital Limited for and on Behalf of Syndicate 435 and all Other Underwriters at Lloyds Subscribing to Policy No. 509/QB414902, and AIG Europe (UK) Limited v. Fleming Companies, Inc., Mark Hansen, Neal Rider, Mark D. Shapiro, Thomas Dahlen, E. Stephen Davis, Phil Murphy, Al Abbood, Herbert M. Baum, Kenneth M. Duberstein, Archie R. Dykes, Carol B. Hallett, Robert S. Hamada, Alice M. Peterson, Carlos M. Hernandez, Edward C. Joulllian, III, and Guy A. Osborn*
> **Civil Action No. 05-91**
> **Related Bankr. Case No. 03-10945 (MFW), Adv. Case No. 04-57510 (MFW)**

Dear Chief Judge Robinson:

This firm, along with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, is counsel to the plaintiffs in the above-referenced proceeding. I write with respect to a *Motion to Withdraw the Reference* transmitted from the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). We have very recently received an order from the Judicial Panel on Multidistrict Litigation, which order we attach to this letter. The order essentially concludes that it is appropriate for the above-referenced proceeding to be transferred to the Eastern District of Texas. Because the parties are currently reviewing the impact of the order, we respectfully request the ability to provide the Court a further status report on or before Friday, July 8, 2005. We are available at the Court's convenience to

Bifferato, Gentilotti & Biden, P.A.
www.bgbde.com

200 Biddle Avenue
Suite 203
Newark, DE 19702
Phone: 302 - 429 - 1900
Fax: 302 - 832 - 7540

1308 Delaware Avenue
Wilmington, DE 19806
P.O. Box 2165
Wilmington, DE 19899 - 2165
Phone: 302 - 429 - 1900
Fax: 302 - 429 - 8600

701 Rehoboth Avenue
Rehoboth Beach, DE 19971
Phone: 302 - 227- 6600
Toll Free: 866 - 618 - 2433
Fax: 302 - 227- 6778

**Bifferato, Gentilotti & Biden, P.A.**

The Honorable Sue L. Robinson
June 24, 2005
Page Two


discuss this matter should it have any questions or concerns.

            Respectfully,

            Joseph K. Koury (#4272)


Enclosure

cc: Etta R. Wolfe, Esq. (by hand)
   Louis J. Rizzo, Jr., Esq. (by hand)