# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

June 20, 2005

TO INVOLVED COUNSEL

Re: MDL-1530 -- In re Fleming Companies Inc. Securities & Derivative Litigation

   *Zurich Specialties London Ltd., et al. v. Fleming Companies, Inc., et al.,* D. Delaware,
      Bky. Advy. No. 1:04-57510

Dear Counsel:

   For your information, I am enclosing a copy of an order filed today by the Panel in the above-captioned matter.

                              Very truly,

                              Michael J. Beck
                              Clerk of the Panel

                              By_____
                                 Mecca S. Carter
                                 Deputy Clerk

Enclosure

JPML Form 34B


RECEIVED
JUN 23 2005
BIFFERATO, GENTILOTTI
& BIDEN, P.A.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 20 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1530

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE FLEMING COMPANIES INC. SECURITIES & DERIVATIVE LITIGATION

*Zurich Specialties London Ltd., et al. v. Fleming Companies, Inc., et al.*, D. Delaware, Bky. Advy. No. 1:04-57510

## BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL* AND DAVID R. HANSEN, JUDGES OF THE PANEL

## TRANSFER ORDER

Presently before the Panel is a motion, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs[1] in this adversary proceeding (*Zurich Specialties*) to vacate the Panel's order conditionally transferring the action to the Eastern District of Texas for inclusion in the Section 1407 proceedings occurring there in this docket. The Fleming defendants[2] oppose the motion and favor inclusion of *Zurich Specialties* in MDL-1530 proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that this action involves common questions of fact with the actions in this litigation previously transferred to the Eastern District of Texas, and that transfer of the action to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The Panel further finds that transfer of this action is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the Eastern District of Texas was a proper Section 1407 forum

---

* Judge Vratil took no part in the decision of this matter.

[1] Zurich Specialties London Ltd.; Faraday Capital Ltd. for and on behalf of Syndicate 435 and all other underwriters at Lloyds subscribing to Policy No. 509/QB414902; and AIG Europe (UK) Ltd.

[2] Fleming Companies, Inc. (Fleming), Mark Hansen, Neal J. Rider, Mark D. Shapiro, Thomas G. Dahlen, E. Stephen Davis, Herbert M. Baum, Kenneth M. Duberstein, Archie R. Dykes, Carol R. Hallet, Robert S. Hamada, Alice M. Peterson, Edward C. Jouillian III and Guy A. Osborn.

- 2 -

for actions arising out of alleged misrepresentations or omissions by defendants relating to Fleming's price-impact stores and its vendor deductions practices. *See In re Fleming Companies Inc. Securities & Derivative Litigation,* 269 F.Supp.2d 1374 (J.P.M.L. 2003).

Plaintiffs' objection to Section 1407 transfer is based in part on the ground that the *Zurich Specialties* adversary proceeding does not share sufficient questions of fact with previously centralized actions to warrant inclusion in Section 1407 proceedings. We disagree. Transfer under Section 1407 has the salutary effect of placing all actions in this docket before a single judge who can formulate a pretrial program that: 1) allows discovery with respect to any non-common issues to proceed concurrently with discovery on common issues, *In re Joseph F. Smith Patent Litigation,* 407 F.Supp. 1403, 1404 (J.P.M.L. 1976); and 2) ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties. *See In re StarLink Corn Products Liability Litigation,* 152 F.Supp.2d 1378 (J.P.M.L. 2001). Also, the Panel has never found any impediment regarding the Panel's authority to transfer an adversary proceeding under Section 1407. *In re Fleming Companies Inc. Securities & Derivative Litigation,* ___ F.Supp.2d ____, 2005 U.S. Dist. LEXIS 10674 (J.P.M.L. Apr. 20, 2005).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Eastern District of Texas and, with the consent of that court, assigned to the Honorable T. John Ward for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman