**Bifferato Gentilotti Biden**

| | | |
|---|---|---|
| Vincent A. Bifferato, Jr. | | Alternative Dispute Resolution |
| Ian Connor Bifferato | | — |
| Jeffrey M. Gentilotti | | Vincent A. Bifferato |
| Joseph R. Biden, III | | William Swain Lee |
| David A. Denham | | Carl Schnee |
| Veronica O. Faust | | |
| Catherine Zwolak Kilian | July 26, 2005 | |
| Joseph K. Koury | | Writer's Email Address: |
| George T. Lees, III | | jkk@bgbde.com |
| Garvan F. McDaniel | | Reply to: Wilmington |

**BY E-FILE & HAND**
The Honorable Sue L. Robinson
Chief Judge
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

> **Re:**  *Zurich Specialties London Limited, Faraday Capital Limited for and on Behalf of Syndicate 435 and all Other Underwriters at Lloyds Subscribing to Policy No. 509/QB414902, and AIG Europe (UK) Limited v. Fleming Companies, Inc., Mark Hansen, Neal Rider, Mark D. Shapiro, Thomas Dahlen, E. Stephen Davis, Phil Murphy, Al Abbood, Herbert M. Baum, Kenneth M. Duberstein, Archie R. Dykes, Carol B. Hallett, Robert S. Hamada, Alice M. Peterson, Carlos M. Hernandez, Edward C. Joulllian, III, and Guy A. Osborn*
> **Civil Action No. 05-91**
> **Related Bankr. Case No. 03-10945 (MFW), Adv. Case No. 04-57510 (MFW)**

Dear Chief Judge Robinson:

   This firm, along with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP,  is counsel to the plaintiffs in the above-referenced proceeding.  I write with respect to a *Motion to Withdraw the Reference* transmitted from the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").   As the Court is aware, the Judicial Panel on Multidistrict Litigation recently entered an order essentially concluding that it is appropriate for the above-referenced proceeding to be transferred to the Eastern District of Texas (the "Eastern District"), and that, as a result, a request was thereafter made by the Eastern District to the Bankruptcy Court for it to transfer its file.   Attached for the Court's reference is an Order recently entered by the Eastern District transferring the matter to the Multidistrict Litigation Docket.  We therefore believe that this Court's involvement with this action has concluded.  We are

**Bifferato, Gentilotti & Biden, P.A.**
www.bgbde.com
—

| | | |
|---|---|---|
| 200 Biddle Avenue | 1308 Delaware Avenue | 701 Rehoboth Avenue |
| Suite 203 | Wilmington, DE 19806 | Rehoboth Beach, DE 19971 |
| Newark, DE 19702 | P.O. Box 2165 | Phone: 302 - 227- 6600 |
| Phone: 302 - 429 - 1900 | Wilmington, DE 19899 - 2165 | Toll Free: 866 - 618 - 2433 |
| Fax: 302 - 832 - 7540 | Phone: 302 - 429 - 1900 | Fax: 302 - 227- 6778 |
| | Fax: 302 - 429 - 8600 | |

**Bifferato, Gentilotti & Biden, P.A.**

The Honorable Sue L. Robinson
July 26, 2005
Page Two

available at the Court's convenience to discuss this matter should it have any questions or concerns.

Respectfully,

Joseph K. Koury (#4272)

Enclosure

cc:    Etta R. Wolfe, Esq. (by hand)
       Louis J. Rizzo, Jr., Esq. (by hand)