IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ZURICH SPECIALITIES LONDON LIMITED, FARADAY CAPITAL LIMITED, Plaintiff, | § § § § | |
| v. | § | CIVIL ACTION NO. 5-05-CV-136 (TJW) |
| FLEMING COMPANIES, INC., ET AL., Defendants. | § § § § § | |

### ORDER

Pursuant to Rule 7.5(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation and Rule CV-42(b) of the Local Rules for the Eastern District of Texas, the above-captioned case is hereby transferred to the Multidistrict Litigation Docket No. 1530 and consolidated with those cases for pretrial purposes.

IT IS THEREFORE ORDERED that all documents related to the Multidistrict Litigation Docket No. 1530 shall be docketed on the master docket sheet (5-03-MD-1530) with a notation listing the cases to which the document applies.

IT IS FURTHER ORDERED that all documents related only to Civil Action No. 5-05-CV-136 shall be entered on the individual docket sheet for the case (5-05-CV-136).

IT IS FURTHER ORDERED that a document closing the case shall also be entered on the individual docket sheet for the case (5-05-CV-136).

SIGNED this 14th day of July, 2005.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE