IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FLEMING COMPANIES, INC.,<br>et al.,<br><br>          Debtors. | ) Chapter 11<br>)<br>) Bk. No. 03-10945(MFW)<br>) Jointly Administered<br>) Adv. No. 04-57510<br>) |
| ZURICH SPECIALTIES LONDON<br>LIMITED, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>FLEMING COMPANIES INC.,<br>et al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 05-091-SLR<br>)<br>)<br>)<br>) |

O R D E R

At Wilmington this 9th day of September, 2005, having recieved notice from plaintiffs' counsel on July 26, 2005 that the above captioned adversary proceeding has been transferred to the Eastern District of Texas in accordance with an order from the Judicial Panel on Multidistrict Litigation (D.I. 12);

IT IS ORDERED that the pending motion to withdraw the reference (D.I. 1) is denied without prejudice to renew should this case be transferred back to the District of Delaware.

                                              _____
                                              United States District Judge